# EXHIBIT "B"

| member_id | subscriber_id | Membership Effective Date |
|---|---|---|
| 94705309501 | | 7/1/2020 |
| 94705542901 | | 8/1/2020 |
| 94706685801 | | 1/1/2021 |
| 94706962401 | | 1/1/2021 |
| 94707341001 | | 2/1/2021 |
| 94707749301 | | 4/1/2021 |
| 94707999301 | | 5/1/2021 |
| 94708274401 | | 6/1/2021 |
| 92783521401 | | 7/1/2021 |
| 94708566001 | | 7/1/2021 |
| 94708599301 | | 7/1/2021 |
| 94708624301 | | 7/1/2021 |
| 94708633201 | | 7/1/2021 |
| 94708673301 | | 7/1/2021 |
| 94708732001 | | 7/1/2021 |
| 94708746601 | | 7/1/2021 |
| 94708853401 | | 8/1/2021 |
| 94708882501 | | 8/1/2021 |
| 94708966501 | | 8/1/2021 |
| 94709007701 | | 9/1/2021 |
| 94709021301 | | 9/1/2021 |
| 94709090701 | | 9/1/2021 |
| 94709091101 | | 9/1/2021 |
| 94709116701 | | 9/1/2021 |
| 94709153601 | | 9/1/2021 |
| 94709198901 | | 9/1/2021 |
| 94709215101 | | 9/1/2021 |
| 94709215102 | | 9/1/2021 |
| 94709304601 | | 10/1/2021 |
| 94709305501 | | 10/1/2021 |
| 94709325701 | | 10/1/2021 |
| 94709334901 | | 10/1/2021 |
| 94709382501 | | 10/1/2021 |
| 94709403601 | | 11/1/2021 |
| 94709410001 | | 11/1/2021 |
| 94709417001 | | 11/1/2021 |
| 94709421401 | | 11/1/2021 |
| 94709424701 | | 11/1/2021 |
| 94709450901 | | 11/1/2021 |
| 94709483001 | | 11/1/2021 |
| 94709484101 | | 11/1/2021 |

| member_id | subscriber_id | Membership Effective Date |
|---|---|---|
| 94709496801 | | 11/1/2021 |
| 94709506401 | | 11/1/2021 |
| 94709516701 | | 11/1/2021 |
| 94709547301 | | 11/1/2021 |
| 94709675801 | | 12/1/2021 |
| 94709678201 | | 12/1/2021 |
| 94709708601 | | 12/1/2021 |
| 94709722101 | | 12/1/2021 |
| 94709732701 | | 12/1/2021 |
| 94709765101 | | 12/1/2021 |
| 94709776501 | | 12/1/2021 |
| 94709780101 | | 12/1/2021 |
| 94709781701 | | 12/1/2021 |
| 94709791101 | | 12/1/2021 |
| 94709932701 | | 1/1/2022 |
| 94710063201 | | 1/1/2022 |
| 94710136001 | | 1/1/2022 |
| 94710140001 | | 1/1/2022 |
| 94710140002 | | 1/1/2022 |
| 94710185301 | | 1/1/2022 |
| 94710208801 | | 1/1/2022 |
| 94710226201 | | 1/1/2022 |
| 94710228401 | | 1/1/2022 |
| 94710259501 | | 1/1/2022 |
| 94710259801 | | 1/1/2022 |
| 94710265501 | | 1/1/2022 |
| 94710266201 | | 1/1/2022 |
| 94710284101 | | 1/1/2022 |
| 94710419101 | | 2/1/2022 |
| 94710504801 | | 2/1/2022 |
| 94710510101 | | 2/1/2022 |
| 94710548501 | | 2/1/2022 |
| 94710551301 | | 2/1/2022 |
| 94710586101 | | 2/1/2022 |
| 94710593401 | | 2/1/2022 |
| 94710594301 | | 2/1/2022 |
| 94710624701 | | 3/1/2022 |
| 94710635301 | | 3/1/2022 |
| 94710682601 | | 3/1/2022 |
| 94710682701 | | 3/1/2022 |
| 94710686101 | | 3/1/2022 |

| member_id | subscriber_id | Membership Effective Date |
|---|---|---|
| 94710686401 | | 3/1/2022 |
| 94710693001 | | 3/1/2022 |
| 94710716801 | | 3/1/2022 |
| 94710717601 | | 3/1/2022 |
| 94710749401 | | 4/1/2022 |
| 94710750201 | | 4/1/2022 |
| 94710754801 | | 4/1/2022 |
| 94710785401 | | 4/1/2022 |
| 94710797901 | | 4/1/2022 |
| 94710798201 | | 4/1/2022 |
| 94710813801 | | 4/1/2022 |
| 94710814401 | | 4/1/2022 |
| 94710822801 | | 4/1/2022 |
| 94710823401 | | 4/1/2022 |
| 94710849801 | | 4/1/2022 |
| 94710852401 | | 4/1/2022 |
| 94710858801 | | 4/1/2022 |
| 94710922001 | | 5/1/2022 |
| 94710922201 | | 5/1/2022 |
| 94710939401 | | 5/1/2022 |
| 94710977301 | | 5/1/2022 |
| 94710993201 | | 5/1/2022 |
| 94711034301 | | 5/1/2022 |
| 94701349501 | | 6/1/2022 |
| 94711013801 | | 6/1/2022 |
| 94711038601 | | 6/1/2022 |
| 94711050201 | | 6/1/2022 |
| 94711098301 | | 6/1/2022 |
| 94711099401 | | 6/1/2022 |
| 94711099701 | | 6/1/2022 |
| 94711099901 | | 6/1/2022 |
| 94711103501 | | 6/1/2022 |
| 94711106001 | | 6/1/2022 |
| 94711125601 | | 6/1/2022 |
| 94711131401 | | 6/1/2022 |
| 94711138101 | | 6/1/2022 |
| 94711142901 | | 6/1/2022 |
| 94711148101 | | 6/1/2022 |
| 94711205001 | | 7/1/2022 |
| 94711217801 | | 7/1/2022 |
| 94711240201 | | 7/1/2022 |

| member_id | subscriber_id | Membership Effective Date |
|---|---|---|
| 94711247001 | | 7/1/2022 |
| 94711260601 | | 7/1/2022 |
| 94711321401 | | 7/1/2022 |
| 94711329501 | | 7/1/2022 |
| 94711338601 | | 8/1/2022 |
| 94711384201 | | 8/1/2022 |
| 94711385201 | | 8/1/2022 |
| 94711389201 | | 8/1/2022 |
| 94711406301 | | 8/1/2022 |
| 94711408401 | | 8/1/2022 |
| 94711409401 | | 8/1/2022 |
| 94711432501 | | 8/1/2022 |
| 94711432901 | | 8/1/2022 |
| 94711476701 | | 8/1/2022 |
| 94711490201 | | 8/1/2022 |
| 94711491301 | | 8/1/2022 |
| 94711492901 | | 8/1/2022 |
| 94711498701 | | 8/1/2022 |
| 94711503101 | | 8/1/2022 |
| 94711568601 | | 9/1/2022 |
| 94711583601 | | 9/1/2022 |
| 94711587701 | | 9/1/2022 |
| 94711796101 | | 10/1/2022 |
| 94711830101 | | 10/1/2022 |
| 94711830102 | | 10/1/2022 |
| 94711841801 | | 10/1/2022 |
| 94711848701 | | 10/1/2022 |
| 94711857201 | | 10/1/2022 |
| 94711864201 | | 10/1/2022 |
| 94711904601 | | 11/1/2022 |
| 94711904602 | | 11/1/2022 |
| 94711924501 | | 11/1/2022 |
| 94711929501 | | 11/1/2022 |
| 94712012701 | | 11/1/2022 |
| 94712013201 | | 11/1/2022 |
| 94712015801 | | 11/1/2022 |
| 94712020301 | | 11/1/2022 |
| 94712023101 | | 11/1/2022 |
| 94712024701 | | 11/1/2022 |
| 94712036301 | | 11/1/2022 |
| 94712045701 | | 11/1/2022 |

| member_id | subscriber_id | Membership Effective Date |
|---|---|---|
| 94712045702 | | 11/1/2022 |
| 94712058101 | | 11/1/2022 |
| 94712065601 | | 11/1/2022 |
| 94712119801 | | 12/1/2022 |
| 94712123201 | | 12/1/2022 |
| 94712151101 | | 12/1/2022 |
| 94712182801 | | 12/1/2022 |
| 94712238601 | | 12/1/2022 |
| 94712271301 | | 12/1/2022 |
| 94712386701 | | 12/1/2022 |
| 94712412101 | | 12/1/2022 |
| 94712557601 | | 12/1/2022 |
| 94712788801 | | 1/1/2023 |
| 94712792001 | | 1/1/2023 |
| 94712868501 | | 1/1/2023 |
| 94712877301 | | 1/1/2023 |
| 94712877901 | | 1/1/2023 |
| 94712965001 | | 1/1/2023 |
| 94713064701 | | 2/1/2023 |
| 94713066201 | | 2/1/2023 |
| 94713107701 | | 2/1/2023 |
| 94713168901 | | 2/1/2023 |
| 94713183001 | | 2/1/2023 |
| 94713184301 | | 2/1/2023 |
| 94713218101 | | 2/1/2023 |
| 94713221501 | | 2/1/2023 |
| 94713229201 | | 2/1/2023 |
| 94713240501 | | 2/1/2023 |
| 94713261001 | | 2/1/2023 |
| 94713298601 | | 2/1/2023 |
| 94713304001 | | 2/1/2023 |
| 94713312801 | | 2/1/2023 |
| 94713319901 | | 2/1/2023 |
| 94713320701 | | 2/1/2023 |
| 94713323301 | | 2/1/2023 |
| 94713330701 | | 2/1/2023 |
| 94713338201 | | 3/1/2023 |
| 94713339701 | | 3/1/2023 |
| 94713361101 | | 3/1/2023 |
| 94713385101 | | 3/1/2023 |
| 94713385401 | | 3/1/2023 |

| member_id | subscriber_id | Membership Effective Date |
|---|---|---|
| 94713456001 | | 3/1/2023 |
| 94713469101 | | 3/1/2023 |
| 94713476301 | | 3/1/2023 |
| 94713512801 | | 3/1/2023 |
| 94713517201 | | 3/1/2023 |
| 94713528501 | | 3/1/2023 |
| 94713540401 | | 3/1/2023 |
| 94713553001 | | 3/1/2023 |
| 94713570901 | | 3/1/2023 |