# EXHIBIT "C"



**SUBSCRIBER INFORMATION**
**Osage Nation Active**
Member ID#                    Group #:
Customer Advocates are here to help! **1-800-672-2567**

**CLAIM DETAIL          (1 of 1)**
**PATIENT:** J        H
**PROVIDER:** ASANA RECOVERY INC
**CLAIM #:** 322662Y62010H          **DATE PROCESSED:** 09/05/2023

| | |
|---|---:|
| Amount Billed | $22,500.00 |
| Discounts and Reductions | - $16,500.00 |
| Health Plan Responsibility | - $6,000.00 |
| **You may owe your health care provider for these services** | **$0.00** |

| | | | YOUR BENEFITS APPLIED | | | YOUR RESPONSIBILITY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Service Description | Service Dates | Amount Billed | Discounts and Reductions | Amount Covered (Allowed) | Health Plan Responsibility | Deductible Amount | Copay Amount | Coinsurance | Amount Not Covered | Your Total Costs |
| Room Charges | 07/31/2023 | 4,500.00 | (1) 3,300.00 | 1,200.00 | 1,200.00 | | | | | 0.00 |
| Room Charges | 08/01/2023 | 4,500.00 | (1) 3,300.00 | 1,200.00 | 1,200.00 | | | | | 0.00 |
| Room Charges | 08/02/2023 | 4,500.00 | (1) 3,300.00 | 1,200.00 | 1,200.00 | | | | | 0.00 |
| Room Charges | 08/03/2023 | 4,500.00 | (1) 3,300.00 | 1,200.00 | 1,200.00 | | | | | 0.00 |
| Room Charges | 08/04/2023 | 4,500.00 | (1) 3,300.00 | 1,200.00 | 1,200.00 | | | | | 0.00 |
| **CLAIM TOTALS** | | **$22,500.00** | **$16,500.00** | **$6,000.00** | **$6,000.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**Total covered benefits approved for this claim: $6,000.00 to ASANA RECOVERY INC on 09-05-23.**

**Notes about amounts under "YOUR BENEFITS APPLIED" and "YOUR RESPONSIBILITY"**

(1) The amount billed is more than what is allowed for this service. Your provider should not bill you for any balance over what is allowed.

For your up-to-date Medical Spending summary, visit Blue Access for Members℠ on our website, the BCBSOK Mobile App or call the phone number on the back of your ID card.



**SUBSCRIBER INFORMATION**
**Osage Nation Active**
Member ID#: ▇▇▇▇▇▇▇▇▇▇   Group #: ▇▇▇▇▇▇▇
Customer Advocates are here to help! **1-800-672-2567**

| | |
|---|---:|
| Amount Billed | $8,000.00 |
| Discounts and Reductions | - $5,800.00 |
| Health Plan Responsibility | - $2,200.00 |
| **You may owe your health care provider for these services** | **$0.00** |

**CLAIM DETAIL       (1 of 1)**
**PATIENT:** J▇▇▇▇▇ H▇▇▇▇▇
**PROVIDER:** ASANA RECOVERY INC
**CLAIM #:** 323162743Q30H          **DATE PROCESSED:** 01/23/2024

We have reviewed the claim which was previously processed for this patient. The following shows how this claim was adjusted.

| Service Description | Service Dates | Amount Billed | Discounts and Reductions | Amount Covered (Allowed) | Health Plan Responsibility | Deductible Amount | Copay Amount | Coinsurance | Amount Not Covered | Your Total Costs |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | | | **YOUR BENEFITS APPLIED** | | | **YOUR RESPONSIBILITY** | | | | |
| Room Charges | 08/05/2023 | 4,000.00 | (1) 2,900.00 | 1,100.00 | 1,100.00 | | | | | 0.00 |
| Room Charges | 08/06/2023 | 4,000.00 | (1) 2,900.00 | 1,100.00 | 1,100.00 | | | | | 0.00 |
| **CLAIM TOTALS** | | **$8,000.00** | **$5,800.00** | **$2,200.00** | **$2,200.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**Total covered benefits approved for this claim: $2,200.00 to ASANA RECOVERY INC on 01-23-24.**

**Notes about amounts under "YOUR BENEFITS APPLIED" and "YOUR RESPONSIBILITY"**

(1)  The amount billed is more than what is allowed for this service. Your provider should not bill you for any balance over what is allowed.

For your up-to-date Medical Spending summary, visit Blue Access for Members[SM] on our website, the BCBSOK Mobile App or call the phone number on the back of your ID card.