STEVEN J. COLOGNE (Bar No. 118534)
scologne@higgslaw.com
JACOB T. SPAID (Bar No. 298832)
spaidj@higgslaw.com
JAKE D. SESTI (Bar No. 339005)
sestij@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Attorneys for Defendant CHRISTIAN SMALL, M.D.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>Plaintiff,<br><br>v.<br><br>ASANA RECOVERY, INC., BEACHFRONT SOBER LIVING, INC., ASANA BUY SELL LLC, MARK SHANDROW, ADAM SHANDROW, JONATHAN HAGEN, CHRISTIAN SMALL, M.D., JOHN DOES 1-50, AND ABC CORPS, 1-50,<br><br>Defendants. | Case No. 25-cv-00735-DOC-DFM<br><br>**DECLARATION OF JAKE D. SESTI IN SUPPORT OF DEFENDANT CHRISTIAN SMALL, M.D.'S MOTION TO DISMISS**<br><br>*Filed concurrently with Notice, Memorandum of Points and Authorities; Proposed Order*<br><br>Date: August 11, 2025<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Trial Date: Not Set |

I, Jake D. Sesti, declare as follows:

1. I am an attorney at law, duly licensed to practice before all Courts of the State of California. I am an associate with the law firm of Higgs Fletcher & Mack, LLP, attorneys of record for Defendant Christian Small, M.D. ("Dr. Small") in this action.

2. I have personal knowledge of the matters set forth herein and am competent to testify thereto if called upon as a witness to do so.

3. I make this declaration in support of Dr. Small's Motion to Dismiss Plaintiff's Complaint.

4. On May 19, 2025, I emailed Plaintiff's counsel that Dr. Small intends to file a motion to dismiss the Complaint and asked to set up a time to meet and confer regarding Dr. Small's anticipated motion.

5. On May 30, 2025, I sent Plaintiff's counsel a detailed meet and confer letter outlining Dr. Small's grounds for a motion to dismiss the Complaint.

6. On June 3, 2025, I met and conferred by phone with Plaintiff's counsel. Plaintiff's counsel told me that Plaintiff disagrees with Dr. Small's grounds for a motion to dismiss the Complaint and that Plaintiff will not be amending its Complaint. Following up on that call, on June 5, 2025, Plaintiff's counsel emailed me confirming that Plaintiff will oppose Dr. Small's anticipated motion.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct. Executed on June 26, 2025 in San Diego, California.

_____
Jake D. Sesti