DAVID T. BARTELS (SBN 209449)
LAWRENCE BARTELS LLP
7700 Irvine Center Dr, Suite 800
Irvine, CA 92618
Telephone: 949.346.4646
dbartels@lawrencebartels.com
MATTHEW M. LAVIN (*pro hac vice*)
ARNALL GOLDEN GREGORY LLP
Telephone: 202.677.4959
Matt.Lavin@agg.com

Attorneys for Defendants Asana Recovery, Inc., Beachfront Sober Living, Inc., Asana Buy Sell
LLC, Mark Shandrow, Adam Shandrow, and Jonathan Hagen

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>Plaintiff,<br><br>v.<br><br>ASANA RECOVERY, INC., BEACHFRONT SOBER LIVING, INC., ASANA BUY SELL LLC, MARK SHANDROW, ADAM SHANDROW, JONATHAN HAGEN, CHRISTIAN SMALL, M.D., JOHN DOES 1-50, AND ABC CORPS. 1-50,<br><br>Defendants. | Case No.: 8:25-cv-00735-DOC-DFM<br><br>Assigned Judge: Hon. David O. Carter<br><br>**ASANA DEFENDANT'S INITIAL DISCLOSURES**<br><br>Complaint Served:  April 23, 2025<br>Trial Set:  None Set |

Defendants Asana Recovery, Inc. ("Asana"), Beachfront Sober Living, Inc. ("Beachfront"), Asana Buy Sell LLC ("Asana Buy Sell"), Mark Shandrow, Adam Shandrow, and Jonathon Hagen (collectively, the "Asana Defendants"), by and through their undersigned counsel, provide their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and hereby disclose as follows:

## GENERAL DISCLOSURE

The Asana Defendants make the following disclosures pursuant to their obligations under Fed. R. Civ. P. 26(a)(1). By making these disclosures, the Asana Defendants do not in any way waive their right to (1) supplement these disclosures at a later date, upon receipt of further information which may fall within the scope of Fed. R. Civ. P. 26(a)(1) and therefore require further disclosure; and/or (2) interpose any objection to the disclosure of any information on any grounds cognizable under and pursuant to the Federal Rules of Civil Procedure, Federal Rules of Evidence, Federal Common Law, and / or Federal statutes, which objections shall include, but are not be limited to, relevancy, attorney-client privilege and/or work-product doctrine.

**1) The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

At this early stage in the litigation, the Asana Defendants believe that some or all of the following may have discoverable information that the Asana Defendants may use to support their defenses and/or counterclaims in this lawsuit, other than solely for impeachment:

- 1 -

| Name | Contact Information | Subject Matter of Knowledge |
|---|---|---|
| Unidentified insurance agent that allegedly enrolled over 200 members in BCBSOK plans who later attended treatment at Asana. | c/o Plaintiff's Counsel | Insurance registration and recruitment. |
| JC | c/o Plaintiff's Counsel | Patient recruitment, advertising, and SUD treatment at Asana. |
| DD | c/o Plaintiff's Counsel | Patient recruitment, advertising, SUD treatment at Asana, and insurance enrollment practices. |
| AW | c/o Plaintiff's Counsel | Patient recruitment, advertising, SUD treatment at Asana, and sober living houses. |
| JH | c/o Plaintiff's Counsel | Patient recruitment, advertising, SUD treatment at Asana, and sober living houses. |
| Mark Shandrow | c/o Defendants' Counsel | All aspects of this litigation. |
| Adam Shandrow | c/o Defendants' Counsel | All aspects of this litigation. |
| Jonathon Hagen | c/o Defendants' Counsel | All aspects of this litigation |
| Dr. Christian Small | c/o Defendants' Counsel | SUD treatment at Asana, medical records, and claims to BCBSOK for payment. |

ASANA DEFENDANT'S INITIAL DISCLOSURE

| Name | Contact Information | Subject Matter of Knowledge |
|---|---|---|
| KB | c/o Defendants' Counsel | Patient recruitment, advertising, and SUD treatment at Asana. |
| BS | c/o Defendants' Counsel | Patient recruitment, advertising, and SUD treatment at Asana. |
| California Department of Health Care Services, including the following representatives: Jennifer Rond and Meena Gill | California Department of Health Care Services | SUD treatment rendered at Asana. |
| AG | c/o Defendants' Counsel | Patient recruitment, advertising, and SUD treatment at Asana. |
| AC | c/o Defendants' Counsel | Patient recruitment, advertising, and SUD treatment at Asana. |
| RB | c/o Defendants' Counsel | Patient recruitment, advertising, and SUD treatment at Asana. |
| JB | c/o Defendants' Counsel | Patient recruitment and advertising. |
| BrS | c/o Defendants' Counsel | Patient recruitment and advertising. |
| Nicole Woodward, Hansei Solutions | | Asana's billing practices and efforts to collect payment for services rendered to BCBSOK members/beneficiaries |

- 3 -

ASANA DEFENDANT'S INITIAL DISCLOSURE

**2)  A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses unless the use would be solely for impeachment.**

The Asana Defendants will rely on and offer into evidence the entire claim files/administrative records for all subject claims, including but not limited to the subject plans/policies, all claims, appeals and related documents, recordings and/or transcripts of VOB and/or authorization calls, notes regarding VOB and/or authorization calls, appeals calls and communications, other calls and communications between the parties and/or their respective agents or representatives, administrative services agreements, insurance plans, insurance policies, manuals, procedures, behavioral health guidelines, medical records, protocols and internal rules, medical necessity guidelines, internal discussions about level of care authorizations for behavioral health, and any other additional documents which are in the possession of Plaintiff, including those obtained through discovery in this action. Defendants reserve the right to produce additional documents, as discovery is ongoing. Defendants will supplement these disclosures as necessary in accordance with Fed. R. Civ. P. 26(e).

**3)  A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Approximately $1,589,800 in unpaid claims for services rendered between November 2021 and December 2024. Asana is also entitled to prejudgment interest, statutory late payment penalties, and attorneys' fees and costs incurred.

**4)  For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a**

- 4 -

**possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None at this time.

Respectfully submitted this 25th day of August, 2025.

Date: August 25, 2025

LAWRENCE BARTELS LLP

*/s/ David T. Bartels*

DAVID T. BARTELS
*Attorney for Defendants Asana Recovery, Inc., Beachfront Sober Living, Inc., Asana Buy Sell LLC, Mark Shandrow, Adam Shandrow, and Jonathan Hagen*

ARNALL GOLDEN GREGORY LLP

*/s/ Matthew M. Lavin*

MATTHEW M. LAVIN
*Attorney for Defendants Asana Recovery, Inc., Beachfront Sober Living, Inc., Asana Buy Sell LLC, Mark Shandrow, Adam Shandrow, and Jonathan Hagen*

ASANA DEFENDANT'S INITIAL DISCLOSURE