STEVEN J. COLOGNE (Bar No. 118534)
scologne@higgslaw.com
JAKE D. SESTI (Bar No. 339005)
sestij@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:  (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Defendant CHRISTIAN SMALL. M.D.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

|  |  |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>                    Plaintiff,<br><br>          v.<br><br>ASANA RECOVERY, INC., BEACHFRONT SOBER LIVING, INC., ASANA BUY SELL LLC, MARK SHANDROW, ADAM SHANDROW, JONATHAN HAGEN, CHRISTIAN SMALL, M.D., JOHN DOES 1-50, AND ABC CORPS, 1-50,<br><br>                    Defendants. | Case No. 25-cv-00735-DOC-DFM<br><br>**DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT**<br><br>JUDGE:  DAVID O. CARTER<br><br>TRIAL DATE:       November 3, 2026 |

          Defendant Christian Small, M.D. ("Dr. Small"), on behalf of himself and no others, hereby answers Plaintiff Blue Cross and Blue Shield of Oklahoma's ("Plaintiff") Complaint, and asserts the following affirmative defenses, as follows:

/ / /

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13145455.1

1

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

## **INTRODUCTION**

1. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 1 of the Complaint and on that basis denies each and every allegation contained therein.

2. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 2 of the Complaint and on that basis denies each and every allegation contained therein.

3. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 3 of the Complaint and on that basis denies each and every allegation contained therein.

4. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 4 of the Complaint and on that basis denies each and every allegation contained therein.

5. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 5 of the Complaint and on that basis denies each and every allegation contained therein.

6. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 6 of the Complaint and on that basis denies each and every allegation contained therein.

7. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 7 of the Complaint and on that basis denies each and every allegation contained therein.

8. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 8 of the Complaint and on that basis denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to Dr. Small, Dr. Small denies those allegations.

/ / /

/ / /

Higgs Fletcher & Mack LLP
Attorneys at Law
San Diego

13145455.1

2

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

9.     Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 9 of the Complaint and on that basis denies each and every allegation contained therein.

10.     Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 10 of the Complaint and on that basis denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to Dr. Small, Dr. Small denies those allegations.

11.     Dr. Small denies the allegations of paragraph 11 of the Complaint.

12.     Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 12 of the Complaint and on that basis denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to Dr. Small, Dr. Small denies those allegations.

13.     Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 13 of the Complaint and on that basis denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to Dr. Small, Dr. Small denies those allegations.

14.     Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 14 of the Complaint and on that basis denies each and every allegation contained therein.

15.     Dr. Small denies the allegations of paragraph 15 of the Complaint.

## THE PARTIES AND THEIR ROLES

16.     Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 16 of the Complaint, but believes the allegations to be true.

17.     Dr. Small admits the allegations in the first sentence regarding the location of Asana's facility, but Dr. Small is without knowledge or information sufficient to admit or deny the remaining allegations of paragraph 17 of the Complaint and on that basis denies each and every allegation contained therein.  To

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13145455.1

3

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

the extent any of these allegations are specifically directed to Dr. Small, Dr. Small denies those allegations.

18.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 18 of the Complaint and on that basis denies each and every allegation contained therein.

19.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 19 of the Complaint and on that basis denies each and every allegation contained therein.

20.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 20 of the Complaint and on that basis denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to Dr. Small, Dr. Small denies those allegations.

21.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 21 of the Complaint and on that basis denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to Dr. Small, Dr. Small denies those allegations.

22.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 22 of the Complaint and on that basis denies each and every allegation contained therein.

23.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 23, but believes the allegation that Mr. Hagen is the executive director of Asana to be true.  Dr. Small is without knowledge or information sufficient to admit or deny the remaining allegations of paragraph 23 of the Complaint and on that basis denies the remaining allegations.

24.    In response to paragraph 24, Dr. Small denies that he, in his individual capacity, is the medical director of Asana.  Instead, Dr. Small acts as the medical director of Asana as Christian R. Small MD APC dba Headlands Addiction

1  Treatment Services. As for the remaining allegations in paragraph 24 of the

2  Complaint, Dr. Small denies each and every allegation.

3      25.    Paragraph 25 of the Complaint does not allege facts that require

4  admissions or denials, and on that basis, Dr. Small denies each and every allegation

5  contained therein.

6      26.    Dr. Small is without knowledge or information sufficient to admit or

7  deny the allegations of paragraph 26 of the Complaint and on that basis denies each

8  and every allegation contained therein. In addition, Paragraph 26 of the Complaint

9  does not allege facts (just legal conclusions) that require admissions or denials, and

10  on that basis, Dr. Small denies each and every allegation contained therein.

11  **ALTER EGO/CONSPIRACY/AIDING AND ABETTING ALLEGATIONS**

12      27.    These allegations as they pertain to Dr. Small have been dismissed

13  from the Complaint (ECF No. 44), and thus no response is required.

14      28.    These allegations as they pertain to Dr. Small have been dismissed

15  from the Complaint (ECF No. 44), and thus no response is required.

16      29.    These allegations as they pertain to Dr. Small have been dismissed

17  from the Complaint (ECF No. 44), and thus no response is required.

18      30.    These allegations as they pertain to Dr. Small have been dismissed

19  from the Complaint (ECF No. 44), and thus no response is required.

20      31.    These allegations as they pertain to Dr. Small have been dismissed

21  from the Complaint (ECF No. 44), and thus no response is required.

22  **JURISDICTION AND VENUE**

23      32.    In response to paragraph 32 of the Complaint, Dr. Small admits that

24  this Court has jurisdiction over actions brought pursuant to 28 U.S.C. § 1332.

25      33.    Paragraph 33 alleges legal conclusions on venue as to which no

26  response is required. In addition, Dr. Small denies the allegations in paragraph 33 to

27  the extent they are based on the actions as alleged in the Complaint, which Dr.

28

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1  Small either denies occurred as pertaining to him, or lacks information to admit or
2  deny, and on that basis denies the allegations.

3  **RELEVANT INDUSTRY BACKGROUND**

4  **I.**   **BCBSOK RELIES UPON PROVIDERS TO SUBMIT ACCURATE**
5       **INFORMATION AND CERTIFY COMPLIANCE WITH**
6       **APPLICABLE LAWS**

7       34.    Dr. Small is without knowledge or information sufficient to admit or
8  deny the allegations of paragraph 34 of the Complaint and on that basis denies each
9  and every allegation contained therein.

10      35.    Dr. Small is without knowledge or information sufficient to admit or
11 deny the allegations of paragraph 35 of the Complaint and on that basis denies each
12 and every allegation contained therein.

13      36.    Dr. Small is without knowledge or information sufficient to admit or
14 deny the allegations of paragraph 36 of the Complaint and on that basis denies each
15 and every allegation contained therein.

16      37.    Dr. Small is without knowledge or information sufficient to admit or
17 deny the allegations of paragraph 37 of the Complaint and on that basis denies each
18 and every allegation contained therein.

19      38.    Dr. Small is without knowledge or information sufficient to admit or
20 deny the allegations of paragraph 38 of the Complaint and on that basis denies each
21 and every allegation contained therein.

22      39.    Dr. Small is without knowledge or information sufficient to admit or
23 deny the allegations of paragraph 39 of the Complaint and on that basis denies each
24 and every allegation contained therein.

25

26 / / /
27 / / /
28 / / /

Higgs Fletcher &
Mack LLP
Attorneys at Law
San Diego

13145455.1                              6                    Case No. 25-cv-00735-DOC-DFM
                                             DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

## II.    OVERVIEW OF SUD TREATMENT

40.    Dr. Small admits there are various levels of care to SUD treatment.

41.    Dr. Small admits that inpatient treatment is one of more of the intense levels of SUD treatment, but except as expressly admitted herein, Dr. Small denies the remaining allegations in paragraph 41 of the Complaint.

42.    This paragraph alleges opinions about SUD treatment, and although Dr. Small generally agrees with the goals of PHP and IOP treatment can vary, Dr. Small denies the remaining allegations in paragraph 42 of the Complaint.

43.    Dr. Small admits the allegations in paragraph 43 but lacks information as to whether health benefit plans will stop paying at that level of care, and on that basis denies the allegations in paragraph 43 of the Complaint relating to health benefit plans.

44.    Dr. Small denies the allegations in paragraph 44 of the Complaint because PHP and IOP may involve housing patients.

45.    Dr. Small denies the last sentence in paragraph 45 of the Complaint in that "providers weaponize" sober living homes to bill for insurance.  Dr. Small admits that some patients may choose to live away from their homes, but lacks information or knowledge relating to the other allegations in this paragraph, and on that basis, denies those allegations.

46.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 46 of the Complaint and on that basis denies each and every allegation contained therein.

### DEFENDANTS FRAUDULENT SCHEME

47.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 47 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically

Higgs Fletcher &
Mack LLP
Attorneys at Law
San Diego

13145455.1

7

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

## I.     ASANA INDUCES PATIENTS INTO TREATMENT THROUGH BODY BROKERING AND FALSE ADVERTISING

48.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 48 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

49.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 49 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

a.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 49a of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

b.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 49b of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

Higgs Fletcher & Mack LLP
Attorneys at Law
San Diego

13145455.1

8

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

1        c.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 49c of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein. To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

## II.    **IF PROSPECTIVE PATIENTS DID NOT HAVE INSURANCE, ASANA TOOK ACTION TO FRAUDULENTLY ENROLL THEM**

50.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 50 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein. To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

### A.    **Background on BCBSOK Exchange Plans**

51.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 51 of the Complaint, and on that basis he denies each and every allegation contained therein.

52.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 52 of the Complaint, and on that basis he denies each and every allegation contained therein.

53.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 53 of the Complaint, and on that basis he denies each and every allegation contained therein.

54.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 54 of the Complaint, and on that basis he denies each and every allegation contained therein.

/ / /

1

### B.    Asana's Fraudulent Enrollments

2    55.    Dr. Small is without knowledge or information sufficient to admit or

3    deny the allegations of paragraph 55 of the Complaint because they refer to the

4    alleged conduct of the Asana Defendants, and on that basis he denies each and every

5    allegation contained therein.  To the extent any of these allegations are specifically

6    directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

7    denies those allegations.

8    56.    Dr. Small is without knowledge or information sufficient to admit or

9    deny the allegations of paragraph 56 of the Complaint because they refer to the

10    alleged conduct of the Asana Defendants, and on that basis he denies each and every

11    allegation contained therein.  To the extent any of these allegations are specifically

12    directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

13    denies those allegations.

14    57.    Dr. Small is without knowledge or information sufficient to admit or

15    deny the allegations of paragraph 57 of the Complaint because they refer to the

16    alleged conduct of the Asana Defendants, and on that basis he denies each and every

17    allegation contained therein.  To the extent any of these allegations are specifically

18    directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

19    denies those allegations.

20    58.    Dr. Small is without knowledge or information sufficient to admit or

21    deny the allegations of paragraph 58 of the Complaint because they refer to the

22    alleged conduct of the Asana Defendants, and on that basis he denies each and every

23    allegation contained therein.  To the extent any of these allegations are specifically

24    directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

25    denies those allegations.

26    59.    Dr. Small is without knowledge or information sufficient to admit or

27    deny the allegations of paragraph 59 of the Complaint because they refer to the

28    alleged conduct of the Asana Defendants, and on that basis he denies each and every

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13145455.1

10

Case No. 25-cv-00735-DOC-DFM

DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

allegation contained therein. To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

60. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 60 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein. To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

61. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 61 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein. To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

62. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 62 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein. To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

## III.   ASANA PAID KICKBACKS TO THE PATIENTS IN THE FORM OF FREE TREATMENT AND HOUSING

63. Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 63 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein. To the extent any of these allegations are specifically

Higgs Fletcher & Mack LLP
Attorneys at Law
San Diego

13145455.1

11

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

1  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

2  denies those allegations.

3      64.    Dr. Small is without knowledge or information sufficient to admit or

4  deny the allegations of paragraph 64 of the Complaint because they refer to the

5  alleged conduct of the Asana Defendants, and on that basis he denies each and every

6  allegation contained therein.  To the extent any of these allegations are specifically

7  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

8  denies those allegations.

9      65.    Dr. Small is without knowledge or information sufficient to admit or

10  deny the allegations of paragraph 65 of the Complaint because they refer to the

11  alleged conduct of the Asana Defendants, and on that basis he denies each and every

12  allegation contained therein.  To the extent any of these allegations are specifically

13  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

14  denies those allegations.

15      66.    Dr. Small is without knowledge or information sufficient to admit or

16  deny the allegations of paragraph 66 of the Complaint because they refer to the

17  alleged conduct of the Asana Defendants, and on that basis he denies each and every

18  allegation contained therein.  To the extent any of these allegations are specifically

19  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

20  denies those allegations.

21      67.    Dr. Small is without knowledge or information sufficient to admit or

22  deny the allegations of paragraph 67 of the Complaint because they refer to the

23  alleged conduct of the Asana Defendants, and on that basis he denies each and every

24  allegation contained therein.  To the extent any of these allegations are specifically

25  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

26  denies those allegations.

27      68.    Dr. Small is without knowledge or information sufficient to admit or

28  deny the allegations of paragraph 68 of the Complaint because they refer to the

Higgs Fletcher &
Mack LLP
Attorneys at Law
San Diego

13145455.1

12

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

1  alleged conduct of the Asana Defendants, and on that basis he denies each and every

2  allegation contained therein. To the extent any of these allegations are specifically

3  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

4  denies those allegations.

## IV. WORST OF ALL, THE TREATMENT RENDERED WAS EITHER NON-EXISTENT, USELESS, AND/OR RENDERED BY UNQUALIFIED INDIVIDUALS

8  69.    Dr. Small is without knowledge or information sufficient to admit or

9  deny the allegations of paragraph 69 of the Complaint because they refer to the

10  alleged conduct of the Asana Defendants, and on that basis he denies each and every

11  allegation contained therein. To the extent any of these allegations are specifically

12  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

13  denies those allegations.

14  70.    Dr. Small is without knowledge or information sufficient to admit or

15  deny the allegations of paragraph 70 of the Complaint because they refer to the

16  alleged conduct of the Asana Defendants, and on that basis he denies each and every

17  allegation contained therein. To the extent any of these allegations are specifically

18  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

19  denies those allegations.

20  71.    Dr. Small is without knowledge or information sufficient to admit or

21  deny the allegations of paragraph 71 of the Complaint because they refer to the

22  alleged conduct of the Asana Defendants, and on that basis he denies each and every

23  allegation contained therein. To the extent any of these allegations are specifically

24  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

25  denies those allegations.

26  72.    Dr. Small is without knowledge or information sufficient to admit or

27  deny the allegations of paragraph 72 of the Complaint because they refer to the

28  alleged conduct of the Asana Defendants, and on that basis he denies each and every

allegation contained therein. To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

73.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 73 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein. To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

74.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 74 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein. To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

75.    Dr. Small denies the allegations in paragraph 75 of the Complaint.

76.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 76 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein. To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

77.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 77 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein. To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

Higgs Fletcher & Mack LLP
Attorneys at Law
San Diego

13145455.1

14

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

# FIRST CAUSE OF ACTION

## Fraud and Fraudulent Concealment

### (Against All Defendants)

78.    In response to paragraph 78 of the Complaint, Dr. Small repeats and incorporates by reference the responses set forth above.

79.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 79 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

80.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 80 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

81.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 81 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

a.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 81a of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13145455.1

15

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

1  specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and

2  expressly denies those allegations.

3         b.     Dr. Small is without knowledge or information sufficient to

4  admit or deny the allegations of paragraph 81b of the Complaint because they refer

5  to the alleged conduct of the Asana Defendants, and on that basis he denies each and

6  every allegation contained therein. To the extent any of these allegations are

7  specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and

8  expressly denies those allegations.

9         c.     Dr. Small is without knowledge or information sufficient to

10 admit or deny the allegations of paragraph 81c of the Complaint because they refer

11 to the alleged conduct of the Asana Defendants, and on that basis he denies each and

12 every allegation contained therein. To the extent any of these allegations are

13 specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and

14 expressly denies those allegations.

15        d.     Dr. Small is without knowledge or information sufficient to

16 admit or deny the allegations of paragraph 81d of the Complaint because they refer

17 to the alleged conduct of the Asana Defendants, and on that basis he denies each and

18 every allegation contained therein. To the extent any of these allegations are

19 specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and

20 expressly denies those allegations.

21     82.    Dr. Small is without knowledge or information sufficient to admit or

22 deny the allegations of paragraph 82 of the Complaint because they refer to the

23 alleged conduct of the Asana Defendants, and on that basis he denies each and every

24 allegation contained therein. To the extent any of these allegations are specifically

25 directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly

26 denies those allegations.

27     83.    Dr. Small is without knowledge or information sufficient to admit or

28 deny the allegations of paragraph 83 of the Complaint because they refer to the

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13145455.1

16

Case No. 25-cv-00735-DOC-DFM

DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

84.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 84 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

85.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 85 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

86.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 86 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

87.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 87 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13145455.1

17

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

## SECOND CAUSE OF ACTION

### Negligent Misrepresentation

### (Against All Defendants)

88.    In response to paragraph 88 of the Complaint, Dr. Small repeats and incorporates by reference the responses set forth above.

89.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 89 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

90.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 90 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

91.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 91 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

92.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 92 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically

Higgs Fletcher & Mack LLP
Attorneys at Law
San Diego

13145455.1

18

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

93.     Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 93 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

### THIRD CAUSE OF ACTION

**Intentional Interference with Economic/Contractual Relationships**

**(Against All Defendants)**

94.     In response to paragraph 94 of the Complaint, Dr. Small repeats and incorporates by reference the responses set forth above.

95.     Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 95 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.

96.     Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 96 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

97.     Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 97 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13145455.1                                                        19                           Case No. 25-cv-00735-DOC-DFM
                                                                              DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

1  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly
2  denies those allegations.

3      98.    Dr. Small is without knowledge or information sufficient to admit or
4  deny the allegations of paragraph 98 of the Complaint because they refer to the
5  alleged conduct of the Asana Defendants, and on that basis he denies each and every
6  allegation contained therein.  To the extent any of these allegations are specifically
7  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly
8  denies those allegations.

9      99.    Dr. Small is without knowledge or information sufficient to admit or
10  deny the allegations of paragraph 99 of the Complaint because they refer to the
11  alleged conduct of the Asana Defendants, and on that basis he denies each and every
12  allegation contained therein.  To the extent any of these allegations are specifically
13  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly
14  denies those allegations.

15              **FOURTH CAUSE OF ACTION**
16           **Aiding & Abetting Tortious Conduct**
17              **(Against All Defendants)**

18      100.  In response to paragraph 100 of the Complaint, Dr. Small repeats and
19  incorporates by reference the responses set forth above.

20      101.  Dr. Small is without knowledge or information sufficient to admit or
21  deny the allegations of paragraph 101 of the Complaint because they refer to the
22  alleged conduct of the Asana Defendants, and on that basis he denies each and every
23  allegation contained therein.  To the extent any of these allegations are specifically
24  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly
25  denies those allegations.

26      102.  Dr. Small is without knowledge or information sufficient to admit or
27  deny the allegations of paragraph 102 of the Complaint because they refer to the
28  alleged conduct of the Asana Defendants, and on that basis he denies each and every

Higgs Fletcher & Mack LLP
Attorneys at Law
San Diego

13145455.1

20

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

103.   Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 103 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

104.   Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 104 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

105.   Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 105 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

## FIFTH CAUSE OF ACTION

### Violations of Business and Professions Code Section 17200, *et seq*.

### (Against All Defendants)

106.   In response to paragraph 106 of the Complaint, Dr. Small repeats and incorporates by reference the responses set forth above.

107.   The allegations in paragraph 107 of the Complaint do not assert facts that require a response.  Regardless, to the extent any of these allegations are

Higgs Fletcher &
Mack LLP
Attorneys at Law
San Diego

13145455.1

21

Case No. 25-cv-00735-DOC-DFM

DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

1  specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and
2  expressly denies those allegations.

3      108.  Dr. Small is without knowledge or information sufficient to admit or
4  deny the allegations of paragraph 108 of the Complaint because they refer to the
5  alleged conduct of the Asana Defendants, and on that basis he denies each and every
6  allegation contained therein.  To the extent any of these allegations are specifically
7  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly
8  denies those allegations.

9      109.  Dr. Small is without knowledge or information sufficient to admit or
10  deny the allegations of paragraph 109 of the Complaint because they refer to the
11  alleged conduct of the Asana Defendants, and on that basis he denies each and every
12  allegation contained therein.  To the extent any of these allegations are specifically
13  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly
14  denies those allegations.

15      110.  Dr. Small is without knowledge or information sufficient to admit or
16  deny the allegations of paragraph 110 of the Complaint because they refer to the
17  alleged conduct of the Asana Defendants, and on that basis he denies each and every
18  allegation contained therein.  To the extent any of these allegations are specifically
19  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly
20  denies those allegations.

21      111.  Dr. Small is without knowledge or information sufficient to admit or
22  deny the allegations of paragraph 111 of the Complaint because they refer to the
23  alleged conduct of the Asana Defendants, and on that basis he denies each and every
24  allegation contained therein.  To the extent any of these allegations are specifically
25  directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly
26  denies those allegations.

27  / / /
28  / / /

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13145455.1                                   22                    Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

## SIXTH CAUSE OF ACTION

### Money Had and Received

### (Against All Defendants)

112.    In response to paragraph 112 of the Complaint, Dr. Small repeats and incorporates by reference the responses set forth above.

113.    The allegations in paragraph 113 of the Complaint do not assert facts that require a response.  Regardless, to the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

114.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 114 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

115.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 115 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

116.    Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 116 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

Higgs Fletcher & Mack LLP
Attorneys at Law
San Diego

13145455.1

23

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

117.   The allegations in paragraph 117 of the Complaint do not assert facts that require a response.  Regardless, to the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

## SEVENTH CAUSE OF ACTION

### Unjust Enrichment/Quantum Meruit/Restitution

118.   In response to paragraph 118 of the Complaint, Dr. Small repeats and incorporates by reference the responses set forth above.

119.   Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 119 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

120.   Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 120 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

121.   Dr. Small is without knowledge or information sufficient to admit or deny the allegations of paragraph 121 of the Complaint because they refer to the alleged conduct of the Asana Defendants, and on that basis he denies each and every allegation contained therein.  To the extent any of these allegations are specifically directed to the alleged conduct of Dr. Small, Dr. Small specifically and expressly denies those allegations.

/ / /

/ / /

Higgs Fletcher & Mack LLP
Attorneys at Law
San Diego

13145455.1

24

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

## GENERAL DENIAL

To the extent Dr. Small has not addressed each and every allegation of the Complaint, including footnotes, Dr. Small denies those allegations to the extent they are not expressly admitted above.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Plaintiff has failed to state any claims against Dr. Small under federal or state law, including failure to provide evidence or allege facts to prove the elements of causation, reliance, and damages.

## SECOND AFFIRMATIVE DEFENSE

### (Laches, Waiver, Estoppel)

Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of laches, waiver, and/or estoppel.

## THIRD AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Dr. Small is informed and believes that the Complaint, and each purported claim therein, is barred by the applicable statute of limitations, including California Code of Civil Procedure sections 338 and 339.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

The alleged damages sought in Plaintiff's Complaint are barred either in whole or in part by Plaintiff's failure to mitigate its alleged damages.

Higgs Fletcher &
Mack LLP
Attorneys at Law
San Diego

13145455.1

25

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

## SIXTH AFFIRMATIVE DEFENSE

### (Contribution/No Causation)

Dr. Small is informed and believes that the damages suffered by Plaintiff, if any, were the direct and proximate result of the actions and negligence or wrongful conduct of other parties, persons, and/or entities other than Dr. Small, and the liability of Dr. Small, if any, must be limited in direct proportion to the actions or percentage of fault actually attributable to Dr. Small, if any.

## SEVENTH AFFIRMATIVE DEFENSE

### (Apportionment)

Dr. Small denies that he is responsible or liable in any way for the damages or losses alleged in the Complaint.  However, if Dr. Small is found to be liable or responsible for any or all of the alleged damages or losses, if any, he alleges that his liability is not the sole and proximate cause of Plaintiff's damages or losses, and that the damages awarded to Plaintiff, if any, should be apportioned according to the respective fault and legal responsibility of the other defendants and all other parties according to the proof presented at the time of trial.

## EIGHTH AFFIRMATIVE DEFENSE

### (No Punitive Damages/Punitive Damages Unconstitutional)

Dr. Small is informed and believes that Plaintiff's claims for punitive damages are barred in that they are not supported by clear and convincing evidence of oppression, fraud, or malice, and because Plaintiff has not and cannot alleged any facts showing that Dr. Small engaged in any oppression, fraud, or malice, or ratified any such acts allegedly done by the other defendants.

Dr. Small is further informed and believes that an award of punitive damages against him would be unconstitutional under numerous provisions of the U.S. Constitution, including the excessive fines clause of the Eighth Amendment, the due process clauses of the Fifth and Fourteenth Amendments, and Article 1 of the

Higgs Fletcher & Mack LLP
Attorneys at Law
San Diego

13145455.1

26

Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

California Constitution, including the excessive fines clause of Section 17 and the due process clause of Section 7.

### NINTH AFFIRMATIVE DEFENSE

### (Unsupported Complaint/Bad Faith)

The Complaint is unsupported by law or fact and was filed in bad faith and solely for the purpose of harassing Dr. Small.  Therefore, Dr. Small is entitled to recover his reasonable expenses, including his attorneys' fees, incurred in defending this action, pursuant to California Code of Civil Procedure section 128.7, and/or any other similar laws.

### TENTH AFFIRMATIVE DEFENSE

### (ERISA Preemption)

Dr. Small is informed and believes that any damages sought for insurance related "benefits" or damages are preempted by ERISA.

### ELEVENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

Dr. Small has insufficient information or knowledge on which to form a belief as to whether he may have additional, yet unstated, affirmative defenses available. Dr. Small therefore reserves his right to assert additional affirmative defenses in the event that discovery indicates may be appropriate.

### PRAYER FOR RELIEF

1.      That the Complaint be dismissed with prejudice;

2.      That judgment be entered in favor of Dr. Small and against Plaintiff on every claim asserted in the Complaint;

3.      For Plaintiff to reimburse Dr. Small for his reasonable attorneys' fees and costs incurred for having to defend against this case; and

4.      For such other and further relief as the Court may deem proper.

/ / /

/ / /

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13145455.1                    27                    Case No. 25-cv-00735-DOC-DFM
DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2      Pursuant to FRCP 38, Dr. Small hereby submits his demand for a jury trial.

3

4   Dated:  September 9, 2025             HIGGS FLETCHER & MACK LLP

5

6

7                                         By:    */s/ Steven J. Cologne*
                                                _____
8                                               STEVEN J. COLOGNE
                                                JAKE D. SESTI
9                                               Attorneys for Defendant CHRISTIAN
                                                SMALL. M.D.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13145455.1                              28              Case No. 25-cv-00735-DOC-DFM
                        DEFENDANT CHRISTIAN SMALL, M.D.'S ANSWER TO COMPLAINT