DAVID D. PIPER (CASB No. 179889)
dpiper@stradley.com
BENJAMIN H. MCCOY *(pro hac vice)*
bmccoy@stradley.com
JORDANN R. CONABOY *(pro hac vice)*
jconaboy@stradley.com
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8108
F: (215) 564-8120

Attorneys for Plaintiff and Counterclaim-Defendant,
BLUE CROSS AND BLUE SHIELD OF OKLAHOMA,
a Division of Health Care Service Corporation, a Mutual
Legal Reserve Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, <br><br> Plaintiff, <br><br> v. <br><br> ASANA RECOVERY, INC., et al., <br><br> Defendants. | Case No.: 8:25-cv-00735-DOC-DFM <br><br> **BLUE CROSS AND BLUE SHIELD OF OKLAHOMA'S ANSWER TO COUNTERCLAIMS** |
| ASANA RECOVERY, INC., BEACHFRONT SOBER LIVING, INC., ASANA BUY SELL LLC, MARK SHANDROW, ADAM SHANDROW, AND JONATHAN HAGEN, <br><br> Counterclaimants, <br><br> v. <br><br> BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, <br><br> Counterclaim-Defendant. | |

**ANSWER TO COUNTERCLAIMS**

## TABLE OF EXHIBITS

| Exhibit No. | Description |
|---|---|
| 1 | Member ADG Plan |
| 2 | Member AC Plan |
| 3 | Member RB Plan |
| 4 | Member BI Plan |
| 5 | Member ADG Pre-Service Letters |
| 6 | Member AC Pre-Service Letters |
| 7 | Member RB Preservice Letters |
| 8 | Member BI Preservice Letters |
| 9 | Transcript for Patient BI Pre-Service Call Ref. U23249AIKA |

**ANSWER TO COUNTERCLAIMS**

Plaintiff/Counterclaim-Defendant, Blue Cross and Blue Shield of Oklahoma, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company ("Plaintiff" or "BCBSOK") hereby answers the counterclaims ("Counterclaims" or "Countercl.") filed by Defendants/Counterclaimants Asana Recovery, Inc., Beachfront Sober Living, Inc., Asana Buy Sell LLC, Mark Shandrow, Adam Shandrow, and Jonathan Hagen (collectively "Counterclaimants" or "Asana"). Without waiving any defenses or positions, BCBSOK states as follows:

### Preliminary Statement

The central thrust of the Counterclaims is based on allegations that BCBSOK failed to properly cover a large amount of alleged healthcare claims and also rely heavily on a written network contract that Counterclaimants allegedly entered into with non-party Anthem. The undersigned counsel has requested a list of the healthcare claims at-issue with sufficient identifying information, as well as the Anthem Network Contract that the Counterclaims state would be filed under seal (but has not been). Neither has been provided. As such, the general and "representative" allegations that purport to cover all these claims are largely incapable of a response, defects that render the Counterclaims legally defective. Where the allegations are sufficiently specific, BCBSOK has endeavored to identify the relevant documents, all of which expressly refute the allegations Counterclaimants rely upon. BCBSOK has attached those documents as exhibits hereto, and reserves all rights with respect to the pleading-based defects in the Counterclaims.

Any allegation not specifically admitted herein is denied. BCBSOK has not responded to the allegations in the Counterclaims but has not separately responded to the headings, subheadings, or footnotes, all of which are unnumbered and appear to be for organizational purposes only or to provide irrelevant information not pertinent to this case. BCBSOK does not admit the headings, subheadings, or

footnotes are accurate and, to the extent they contain allegations, denies same. BCBSOK reserves the right to amend or supplement its answer or affirmative defenses.

## I.    Introduction

1.    Denied.    The allegations set forth in paragraph 1 constitute a conclusion of law to which no response is required.

2.    Admitted upon information and belief.

3.    Denied as stated. BCBSOK insures or administers health benefit plans, and its precise role can very from plan to plan. The Blue Card Program is set forth in the Plans described hereto, and BCBSOK refers to those terms for their true and correct content.

4.    Denied.    The Blue Card Program is described in the Plan terms attached hereto.  BCBSOK refers to those Plans for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

5.    Denied.    The Blue Card Program is described in the Plan terms attached hereto.  BCBSOK refers to those Plans for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.    In addition, the relevant Plans are writings that speak for themselves, and BCBSOK denies Asana's characterizations of them.    The Plans are attached hereto as **Exhibits 1–4**.

6.    Denied.    The Blue Card Program is described in the Plan terms attached hereto.  BCBSOK refers to those Plans for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

7.    Denied.    The Blue Card Program is described in the Plan terms attached hereto.  BCBSOK refers to those Plans for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

8.      Admitted only that, upon information and belief, Asana submitted claims for reimbursement to BCBSOK based on SUD services it allegedly rendered.  BCBSOK denies the remaining allegations in paragraph 8.

9.      Denied.  BCBSOK lacks sufficient information to form a belief as to the truth of the allegations set forth in paragraph 9, and the allegations are therefore denied.

10.      Denied.  The Blue Card Program is described in the Plan terms attached hereto.  BCBSOK refers to those Plans for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith. BCBSOK further responds that it lacks sufficient knowledge or information regarding the remaining allegations because BCBSOK has not received an at-issue claims list or Anthem agreement despite its counsel's repeated requests of Asana's counsel, and therefore denies the allegations in paragraph 24.

11.      Denied.  To the extent the allegations set forth in paragraph 11 constitute a conclusion of law, no response is required. BCBSOK denies the remaining allegations.

12.      Denied that Asana complied with all of BCBSOK's requests.  Further responding, Asana's reference to "requests" as alleged in paragraph 12 is vague and therefore cannot adequately respond to the allegation that "Asana complied with all of BCBSOK's requests."  Asana has not identified the underlying claims despite multiple requests for same.  As such, after reasonable investigation, BCBSOK is without sufficient knowledge or information to form a belief as to the truth of these allegations and, therefore, denies same

13.      Denied that BCBSOK owes Asana money for services that Asana allegedly provided to BCBSOK's members, including any fees or interest.

**ANSWER TO COUNTERCLAIMS**

26

## II.    Parties, Jurisdiction, and Venue

14.    Denied. BCBSOK lacks sufficient information to form a belief as to the truth of the allegations set forth in paragraph 14, and the allegations are therefore denied.

15.    Admitted.

16.    Admitted other than as to the phrase "including through the Blue Card Program." The Blue Card Program is described in the Plan terms attached hereto. BCBSOK refers to those Plans for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

17.    Denied as a conclusion of law, for which no response is required.

18.    Denied as a conclusion of law to which no response is required.

## III.    FACTUAL ALLEGATIONS

19.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

20.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same..

21.    Admitted to the extent consistent with the pre-service letters for the exemplar patients identified the Counterclaims, which are attached hereto as Exhibits 5-8. As for patients outside those identified in the Counterclaims, BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

22.    The relevant Plans are writings that speak for themselves, and BCBSOK denies Asana's characterizations of them. *See* **Exhibits 1–4**.

23.    The allegations in this paragraph are denied.

24.    Denied that BCBSOK entered into any agreement to pay Asana for

**ANSWER TO COUNTERCLAIMS**
27

services. As for Asana's description of the Blue Card PRogram, BCBSOK refers to the plan terms attached as Exhibits 1-4 hereto.

25.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

26.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same. Despite its counsel's repeated requests to Asana's counsel for a list of the at-issue claims, that list has not been provided.

27.    Denied that BCBSOK owes Asana money for services that Asana allegedly provided to BCBSOK's members, including any fees or interest.

28.    The allegations of this paragraph refer to a non-party and do not warrant a response. BCBSOK denies Counterclaimants' vague description of the Association.

29.    The allegations of this paragraph refer to a non-party and do not warrant a response. They are also incapable of response as they are vague, indefinite, and general insofar as they do not identify the "independent companies" referenced herein. BCBSOK denies Counterclaimants' vague description of the Association

30.    BCBSOK can neither admit nor deny the allegations in this paragraph because they are indefinite, generalized, and make broad allegations about individualized contractual terms. To the extent a response is required, BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, therefore, denies same.

31.    BCBSOK can neither admit nor deny the allegations in this paragraph because they are indefinite, generalized, and make broad allegations about individualized contractual terms. To the extent a response is required, BCBSOK is

**ANSWER TO COUNTERCLAIMS**
28

without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

32.    BCBSOK can neither admit nor deny the allegations in this paragraph because they are indefinite, generalized, and do not identify the standards referenced herein. To the extent a response is required, BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and, therefore, denies same.

33.    Denied. The Blue Card Program is described in the Plan terms attached hereto. BCBSOK refers to those terms for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

34.    Denied. The Blue Card Program is described in the Plan terms attached hereto. BCBSOK refers to those terms for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

35.    Denied. The Blue Card Program is described in the Plan terms attached hereto. BCBSOK refers to those terms for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

36.    Denied. The Blue Card Program is described in the Plan terms attached hereto. BCBSOK refers to those plans for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

37.    Denied. The Blue Card Program is described in the Plan terms attached hereto. BCBSOK refers to those terms for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

38.    Denied. The Blue Card Program is described in the Plan terms attached hereto. BCBSOK refers to those plans for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

39.    Denied. The Blue Card Program is described in the Plan terms attached hereto. BCBSOK refers to those plans for their true and correct terms and

1  denies Counterclaimants' allegations to the extent inconsistent therewith.

2      40.    Denied. The Blue Card Program is described in the Plan terms

3  attached hereto. BCBSOK refers to those plans for their true and correct terms and

4  denies Counterclaimants' allegations to the extent inconsistent therewith.

5      41.    Denied. The Blue Card Program is described in the Plan terms

6  attached hereto. BCBSOK refers to those plans for their true and correct terms and

7  denies Counterclaimants' allegations to the extent inconsistent therewith.

8      42.    Denied. The Blue Card Program is described in the Plan terms

9  attached hereto. BCBSOK refers to those plans for their true and correct terms and

10  denies Counterclaimants' allegations to the extent inconsistent therewith.

11      43.    Denied. The Blue Card Program is described in the Plan terms

12  attached hereto. BCBSOK refers to those plans for their true and correct terms and

13  denies Counterclaimants' allegations to the extent inconsistent therewith.

14      44.    Admitted that for applicable BCBSOK members seen by Asana, a

15  BCBSOK plan would be the home plan. As for the remaining allegations, Denied.

16  The Blue Card Program is described in the Plan terms attached hereto. BCBSOK

17  refers to those plans for their true and correct terms and denies Counterclaimants'

18  allegations to the extent inconsistent therewith.

19      45.    BCBSOK is without knowledge or information sufficient to form a

20  belief as to the truth of the allegations in this paragraph and, therefore, denies

21  same.

22      46.    BCBSOK is without knowledge or information sufficient to form a

23  belief as to the truth of the allegations in this paragraph and, therefore, denies

24  same.

25      47.    BCBSOK is without knowledge or information sufficient to form a

26  belief as to the truth of the allegations in this paragraph and, therefore, denies

27  same.

28

**ANSWER TO COUNTERCLAIMS**

48.     ASAM guidelines are contained in written documents which speak for themselves. BCBSOK denies Asana's selective and narrowed description of those guidelines and refers to them for their true and correct terms.

49.     ASAM guidelines are contained in written documents which speak for themselves. BCBSOK denies Asana's selective and narrowed description of those guidelines and refers to them for their true and correct terms.

50.     The allegations regarding licensing requirements are conclusions of law to which no response is required. As to the remaining allegations, BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

51.     Admitted. By way of further response, there may be other codes or information that are also relevant to the processing of health insurance claims by insurers.

52.     Admitted that revenue codes may, in some circumstances, be relevant to the processing of health insurance claims. The remaining allegations are denied and incapable of a response as they are vague, indefinite, and general insofar as they fail to identify the specific situations in which revenue codes are allegedly used.

53.     BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

54.     BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

55.     BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

56.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

57.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same. By way of further response, Asana has not provided the claims at-issue in its counterclaims despite multiple requests by counsel for same.

58.    Denied based upon information and belief as set forth in BCBSOK's Complaint.

59.    Admitted that Asana is located outside of Oklahoma. The remaining allegations are denied as conclusions of law to which no response is required.

60.    Denied. The Blue Card Program is described in the Plan terms attached hereto. BCBSOK refers to those terms for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

61.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same. By way of further response, despite multiple requests by counsel, this Agreement has not been produced and was never filed.

62.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same. By way of further response, despite multiple requests by counsel, this Agreement has not been produced and was never filed.

63.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same. By way of further response, despite multiple requests by counsel, this Agreement has not been produced and was never filed.

64.    BCBSOK is without knowledge or information sufficient to form a

belief as to the truth of the allegations in this paragraph and, therefore, denies same. By way of further response, despite multiple requests by counsel, this Agreement has not been produced and was never filed.

65.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same. By way of further response, despite multiple requests by counsel, this Agreement has not been produced and was never filed.

66.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same. By way of further response, despite multiple requests by counsel, this Agreement has not been produced and was never filed.

67.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same. By way of further response, despite multiple requests by counsel, this Agreement has not been produced and was never filed.

68.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

69.    BCBSOK denies the allegations of this paragraph to the extent they allege or suggest that verification of benefit calls amount to, or should be relied upon, as a guarantee of payment. As to the remaining allegations, BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

70.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

71.    BCBSOK is without knowledge or information sufficient to form a

belief as to the truth of the allegations in this paragraph and, therefore, denies same. By way of further response, despite multiple requests by counsel, this Agreement has not been produced and was never filed.

72.  BCBSOK refers to the terms of the Plans attached hereto for the true and correct terms relating to pre-service review or pre-authorizations. Counterclaimants allegations are denied to the extent they conflict with those terms.

73.  BCBSOK refers to the terms of the Plans attached hereto for the true and correct terms relating to pre-service review or pre-authorizations. Counterclaimants allegations are denied to the extent they conflict with those terms.

74.  BCBSOK refers to the terms of the Plans attached hereto for the true and correct terms relating to pre-service review or pre-authorizations. Counterclaimants allegations are denied to the extent they conflict with those terms.

75.  BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

76.  BCBSOK denies the vague allegations of this paragraph insofar as it conflicts with plan terms relating to the pre-service process.

77.  BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same. By way of further response, the claims in this case have not been identified despite multiple requests by counsel for same.

78.  Denied that BCBSOK and Asana ever entered into an oral contract. As for the remainder of the allegations, BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations

**ANSWER TO COUNTERCLAIMS**
34

1  and, therefore, denies same.

2    79.    BCBSOK is without knowledge or information sufficient to form a

3  belief as to the truth of the allegations in this paragraph and, therefore, denies

4  same.

5    80.    BCBSOK is without knowledge or information sufficient to form a

6  belief as to the truth of the allegations in this paragraph and, therefore, denies

7  same.

8    81.    Denied that BCBSOK agreed to pay in pre-service request calls. As

9  for the remaining allegations, BCBSOK is without knowledge or information

10  sufficient to form a belief as to the truth of the allegations in this paragraph and,

11  therefore, denies same.

12    82.    The allegations of this paragraph are denied.

13    83.    It is denied that the provision of a reference or authorization number

14  indicates a service would be paid or that a contract would be formed. As to the

15  remaining allegations, BCBSOK is without knowledge or information sufficient to

16  form a belief as to the truth of the allegations in this paragraph and, therefore,

17  denies same.

18    84.    BCBSOK is without knowledge or information sufficient to form a

19  belief as to the truth of the allegations in this paragraph and, therefore, denies

20  same.

21    85.    BCBSOK is without knowledge or information sufficient to form a

22  belief as to the truth of the allegations in this paragraph and, therefore, denies

23  same.

24    86.    BCBSOK is without knowledge or information sufficient to form a

25  belief as to the truth of the allegations in this paragraph and, therefore, denies

26  same.

27    87.    BCBSOK is without knowledge or information sufficient to form a

28

**ANSWER TO COUNTERCLAIMS**

belief as to the truth of the allegations in this paragraph and, therefore, denies same.

88.    BCBSOK has not found a record of this call. As such, it is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

89.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

90.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

91.    Denied. The pre-service communications for ADG with subscriber ID 947150847 are attached as Exhibit 5 hereto. Those communications specifically state that payment is not guaranteed. ADG's plan is attached hereto as Exhibit 1. The plan states repeatedly that pre-authorization is not a guarantee of payment.

92.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

93.    The pre-service communications for this member are attached hereto as Exhibit 5. BCBSOK refers to them for its true and correct terms and denies Counterclaimants' description of same.

94.    Admitted that BCBSOK did not pay claims for alleged services rendered between September 4, 2023 through September 10, 2023. All remaining allegations are denied.

95.    The allegations of this paragraph are denied as stated.

96.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies

same.

97.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

98.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

99.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

100.    Denied. The pre-service communications for AC with subscriber ID 947148705 are attached as Exhibit 6 hereto. Those communications specifically state that payment is not guaranteed. AC's plan is attached hereto as Exhibit 2. The plan states repeatedly that pre-authorization is not a guarantee of payment.

101.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

102.    The pre-service communications for this member are attached hereto as Exhibit INSERT. BCBSOK refers to them for its true and correct terms and denies Counterclaimants' description of same.

103.    Admitted that BCBSOK did not pay claims for services allegedly rendered between September 4, 2023 and September 8, 2023. The remaining allegations are denied.

104.    Denied as stated.

105.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

106. BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

107. BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

108. BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

109. Denied. The pre-service communications for RB with subscriber ID 947150538 are attached as Exhibit 7 hereto. Those communications specifically state that payment is not guaranteed. RB's plan is attached hereto as Exhibit 3. The plan states repeatedly that pre-authorization is not a guarantee of payment.

110. BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

111. The pre-service communications for this member are attached hereto as Exhibit 7. BCBSOK refers to them for its true and correct terms and denies Counterclaimants' description of same.

112. Admitted that BCBSOK did not pay claims for services allegedly rendered between October 30, 2023 and November 3, 2023. The remaining allegations are denied.

113. Denied as stated.

114. BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

115. BCBSOK is without knowledge or information sufficient to form a

belief as to the truth of the allegations in this paragraph and, therefore, denies same.

116.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

117.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

118.    Denied. The pre-service communications for BI with subscriber ID 947134560 are attached as Exhibit 8 hereto. The transcript for the call with reference number U23249AIKA is attached hereto as Exhibit 9 and the recording will be provided to opposing counsel. Those written communications specifically state that payment is not guaranteed and the call does not discuss payment in any way, shape or form. BI's plan is attached hereto as Exhibit 4. The plan states repeatedly that pre-authorization is not a guarantee of payment.

119.    BCBSOK is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

120.    The pre-service communications for this member are attached hereto as Exhibit 8 and the call transcript discussing reference number U23249AIKA is attached hereto as Exhibit 9. BCBSOK refers to them for its true and correct terms and denies Counterclaimants description of same.

121.    Admitted that BCBSOK did not pay claims for services allegedly rendered between October 30, 2023 and November 3, 2023. The remaining allegations are denied.

122.    Denied as stated.

123.    BCBSOK is without knowledge or information sufficient to form a

belief as to the truth of the allegations in this paragraph and, therefore, denies same.

## IV.    Causes of Action[1]

### COUNT I:  Breach of Written Contract (By Assignment)[2]

89.    BCBSOK repeats and reasserts the responses to the allegations set forth in the previous paragraphs as if the responses were fully set forth herein.

90.    Denied that BCBSOK agreed to pay Asan in issuing authorization numbers. The remaining allegations are denied as legal conclusions or due to lack of sufficient knowledge or information to form a belief as to their truth. .

91.    Denied as conclusions of law to which no response is required.

92.    Denied as conclusions of law to which no response is required.

93.    Denied.

94.    Admitted only that there are insurance contracts between the BCBSOK Patients actually identified in the Counterclaims and BCBSOK (the Plans). BCBSOK refers to those contracts for their true and correct terms and denies the allegations to the extent inconsistent therewith. For unidentified patients, BCBSOK is without sufficient knowledge or information to form a belief as to the truth of these allegations.

95.    Denied that there was ever a rate agreed to between Asana and BCBSOK. As to the remaining allegations, BCBSOK is without sufficient knowledge or information to form a belief as to the truth of these allegations.

96.    Denied.  The allegations of paragraph 96 are denied as conclusions of

---

[1] Asana's numbering in its Counterclaims inadvertently restarts at number 89 beginning with their section on "Causes of Action."  BCBSOK's Answer accordingly reflects responses to the allegations as numbered in the Counterclaims.

[2] Responding to Asana's footnote as to this heading, BCBSOK responds that BCBSOK lacks sufficient information to form a belief as to the truth of the allegations set forth in Asana's footnote, and the allegations are therefore denied.

law to which no responses are required. To the extent factual, BCBSOK denies the allegations.

97.    Denied as conclusions of law to which no responses are required. To the extent factual, the allegations are denied.

98.    Denied.    The subject health benefit Plans contain anti-assignment clauses that preclude Asana from receiving validly-executed written assignments from BCBSOK's members. *See* **Exhibits 1–4**. Further responding, BCBSOK lacks sufficient information to form a belief as to whether Asana received written assignments from BCBSOK's members, and the allegations are therefore denied. In addition, the relevant Plans are writings that speak for themselves, and BCBSOK denies Asana's characterizations of them.

99.    Denied.    The subject health benefit Plans contain anti-assignment clauses that preclude Asana from receiving validly-executed written assignments from BCBSOK's members. *See* **Exhibits 1–4**. Further responding, BCBSOK lacks sufficient information to form a belief as to whether Asana received written assignments from BCBSOK's members, and the allegations are therefore denied. In addition, the relevant Plans are writings that speak for themselves, and BCBSOK denies Asana's characterizations of them.

100.    Denied as a conclusion of law to which no responses are required.

101.    Denied as stated. For the patients identified in the Counterclaims, the pre-service communications are attached hereto as Exhibits 5-8. BCBSOK refers to the terms of those letters and denies any allegations inconsistent therewith, including the allegation that Asana would be paid as an assignee. For unidentified patients and claims, BCBSOK is without sufficient knowledge or information to form a belief as to the truth of these allegations

102.    BCBSOK denies specifically that it was required to make payments to Asana for the at-issue claims, and to the extent BCBSOK were obligated to make

such payments, that such rates would be governed by BCBSCA's alleged contract with Asana, which has not been provided to BCBSOK despite its counsel's repeated requests to Asana's counsel, and therefore BCBSOK lacks sufficient knowledge or information to respond to the allegations in paragraph 102 and the allegations are therefore denied.

103. The allegations of this paragraph are denied as conclusions of law. To the extent factual in nature, the allegations are denied.

104. The allegations of this paragraph are denied.

105. The allegations of this paragraph are denied.

106. The allegations of paragraph 106 are denied as conclusions of law to which no responses are required. BCBSOK denies that it "arbitrarily" denied any portion of any payment on the at-issue claims allegedly submitted by Asana. Further responding, Asana has not identified the underlying claims despite multiple requests for same. As such, after reasonable investigation, BCBSOK is without sufficient knowledge or information to form a belief as to the truth of these allegations and, therefore, denies same.

107. Denied. BCBSOK lacks sufficient information to form a belief as to whether Asana received written assignments from BCBSOK's members, and the allegations are therefore denied. Further responding, BCBSOK denies that it was required to make payments to Asana for the at-issue claims, and to the extent BCBSOK were obligated to make such payments, that such rates would be governed by BCBSCA's alleged contract with Asana, which has not been provided to BCBSOK despite its counsel's repeated requests to Asana's counsel, and therefore BCBSOK lacks sufficient knowledge or information to respond to the allegations in paragraph 107 and the allegations are therefore denied. All other allegations are denied.

108. Denied as conclusions of law to which no responses are required. Any

1  factual allegations are denied.

2      109.   Denied as conclusions of law to which no responses are required. Any

3  factual allegations are denied.

4      110.   Denied as conclusions of law to which no responses are required.

5  BCBSOK further specifically denies that Asana is entitled to any relief.

6      **COUNT II:  Breach of Oral Contract**

7      111.   BCBSOK repeats and reasserts the responses to the allegations set

8  forth in the previous paragraphs as if the responses were fully set forth herein.

9      112.   Denied as a conclusion of law to which no responses are required.

10      113.   Denied as conclusions of law to which no responses are required.

11      114.   Denied as conclusions of law to which no responses are required.

12  Further responding, BCBSOK denies that it promised to pay for the at-issue

13  services on any "telephone communications."  Any other allegations are denied.

14      115.   Denied as conclusions of law to which no responses are required. Any

15  factual allegations are denied.

16      116.   BCBSOK denies specifically that it was required to make payments to

17  Asana for the at-issue claims, and to the extent BCBSOK were obligated to make

18  such payments, that such rates would be governed by BCBSCA's alleged contract

19  with Asana.  Further responding, and with reference to the Network Agreement,

20  BCBSOK responds that, despite its counsel's repeated requests to Asana's counsel

21  for the Network Agreement, that Agreement has not been provided.  BCBSOK

22  does not have sufficient information to respond to the allegations in paragraph 116,

23  and the allegations are therefore denied.  Further responding, BCBSOK denies

24  specifically that it promised to pay for the at-issue services on any "verification

25  and authorization calls."

26      117.   Denied as conclusions of law to which no responses are required. Any

27  factual allegations are denied.

28

**ANSWER TO COUNTERCLAIMS**
43

118.    BCBSOK lacks sufficient knowledge or information to respond to the allegations in paragraph 118, and the allegations are therefore denied. Despite its counsel's repeated requests to Asana's counsel for a list of the at-issue claims, that list has not been provided.

119.    Denied as conclusions of law to which no responses are required. Any factual allegations are denied.

120.    Denied as conclusions of law to which no responses are required. Any factual allegations are denied.

121.    Denied as conclusions of law to which no responses are required. BCBSOK further specifically denies that Asana is entitled to any relief. Any other factual allegations are denied.

### COUNT III:  Breach of Implied Contract

122.    BCBSOK repeats and reasserts the responses to the allegations set forth in the previous paragraphs as if the responses were fully set forth herein.

123.    Denied as a conclusion of law to which no responses are required.

124.    Denied as conclusions of law to which no responses are required. BCBSOK further responds that the Blue Card Program is described in the Plan terms attached hereto.  BCBSOK refers to those Plans for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith. BCBSOK specifically denies the existence of any implied contract.

125.    Denied as conclusions of law to which no response is required. Any factual allegations are denied.

126.    There are no specific allegations regarding the alleged course of dealing. As such, BCBSOK is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same.

127.    No claims or payments have been identified in the Counterclaims. As

### ANSWER TO COUNTERCLAIMS

such, BCBSOK is without sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph and, therefore, denies same,

128.  Denied as conclusions of law to which no responses are required. Any factual allegations are denied.

129.  The allegations of this paragraph are denied.

130.  Denied as to the specific patients identified in the Counterclaims. The pre-authorizations clearly state that such pre-authorizations are not a guarantee of payment and BCBSOK refers to them for their true and correct terms.  *See* **Exhibits 5–8**.  Denied as to the remaining allegations in paragraph 130 based upon insufficient knowledge or information as to the truth of the allegations in these paragraphs.

131.  Denied as conclusions of law to which no responses are required. BCBSOK further specifically denies that Asana is entitled to any relief. Any other factual allegations are denied.

132.  Denied as conclusions of law to which no responses are required. BCBSOK further specifically denies that Asana is entitled to any relief. Any other factual allegations are denied.

**COUNT IV:  Promissory Estoppel/Unjust Enrichment/Quantum Meruit**

133.  BCBSOK repeats and reasserts the responses to the allegations set forth in the previous paragraphs as if the responses were fully set forth herein.

134.  Denied as conclusions of law to which no responses are required. BCBSOK further responds that the Blue Card Program is described in the Plan terms attached hereto.  BCBSOK refers to those Plans for their true and correct terms and denies Counterclaimants' allegations to the extent inconsistent therewith.

135.  Denied as conclusions of law to which no responses are required.

136.  Denied as conclusions of law to which no responses are required.

BCBSOK denies specifically that it promised to pay for the at-issue services on any "VOB and Pre-Service Request calls, and any subsequent authorization calls." Further responding, BCBSOK lacks sufficient information to form a belief as to the truth of the allegations set forth in the last sentence of paragraph 136, and the allegations are therefore denied.  In addition, the pre-service communications for the specific members identified in the Counterclaims directly contradict these allegations and expressly state that such communications are not a guarantee of payment.

137.    BCBSOK lacks sufficient information to form a belief as to the truth of the allegations set forth in paragraph 137, and the allegations are therefore denied. BCBSOK denies that it made any promises to pay.

138.    Denied as conclusions of law to which no responses are required. The existence of a promise to pay is specifically denied.

139.    The allegations of this paragraph are denied.

140.     Denied as conclusions of law to which no responses are required. Any factual allegations are denied.

141.    The allegations of this paragraph are denied.

142.    Denied as conclusions of law to which no responses are required. Further responding, BCBSOK denies specifically that it promised to pay for the at-issue services. Any other factual allegations are denied.

143.    The allegations of this paragraph are denied. As Exhibits 5-8 make clear, Asana was repeatedly told that pre-service communications were not guarantees of payment.

144.    Denied as conclusions of law to which no responses are required.  To the extent the allegations are factual in nature, they are denied.

145.    Denied as conclusions of law to which no responses are required. BCBSOK further specifically denies that Asana is entitled to any relief. Any other

factual allegations are denied.

## **<u>PRAYER FOR RELIEF</u>**

BCBSOK denies that Asana is entitled to the relief requested in the "PRAYER FOR RELIEF" clause on page 43 of the Counterclaims, including in subparagraphs 1 through 8, or to any other relief. Conversely, BCBSOK incorporates by reference its PRAYER FOR RELIEF alleged in the complaint.

## **AFFIRMATIVE AND OTHER DEFENSES**

BCBSOK asserts the following affirmative and other defenses, without assuming the burden of proof for any defense.

### **First Defense**

The Counterclaims fail to state a claim on which relief can be granted.

### **Second Defense**

The Counterclaims are barred due to Asana's failure to exhaust administrative or plan remedies.

### **Third Defense**

The Counterclaims are barred by the applicable statute of limitations and/or contractual or Plan limitations.

### **Fourth Defense**

The Counterclaims are barred by the doctrines of waiver, estoppel, and/or ratification.

### **Fifth Defense**

Asana lacks standing.

### **Sixth Defense**

BCBSOK's decisions regarding Asana's claims for benefits were neither abuses of discretion nor arbitrary and capricious, and/or were otherwise made in accordance with the terms of the applicable provisions of the health Plans in question. To the extent Asana adds any ERISA Plans to this action, the terms of ERISA also bar the Counterclaims.

### **Seventh Defense**

The Counterclaims are barred by the terms, conditions, and exclusions of the applicable health Plans, which are incorporated by reference as if fully set forth herein, and for the specific patients identified in the Counterclaims, are attached as

**ANSWER TO COUNTERCLAIMS**

**Exhibits 1–4**, and BCBSOK asserts each provision of the applicable Plans that may be construed as a defense.

### Eighth Defense

To the extent Asana has failed to mitigate its damages, it is not entitled to relief.

### Ninth Defense

The Counterclaims are barred by the doctrine of laches.

### Tenth Defense

The Counterclaims for the services at issue were unreasonable, excessive, and not payable in whole or in part pursuant to the applicable health Plans.

### Eleventh Defense

The Counterclaims are barred by Asana's own actions.

### Twelfth Defense

To the extent Asana relies upon a contract for its claims, it lacks contractual privity to make or sustain such a claim.

### Thirteenth Defense

BCBSOK acted at all relevant times in compliance with the terms and conditions of the applicable health Plans, as well as with all applicable requirements and standards.

### Fourteenth Defense

To the extent Asana received any purported assignment of benefits from any BCBSOK member covered by a health Plan that includes an anti-assignment provision, the assignment is invalid, null, and void.

### Fifteenth Defense

BCBSOK has honored any duties to the participants and beneficiaries of the applicable health Plans referenced in the Counterclaims and, for the specific patients identified in the Counterclaims, as attached hereto as **Exhibits 1–4.**

### Sixteenth Defense

All relevant actions taken by BCBSOK were made in good faith compliance with all applicable laws, rules, and regulations, as well as the applicable health Plans, based on all relevant facts and circumstances known to BCBSOK, and were not based upon any unlawful consideration or otherwise the result of ill will or unlawful motive.

### Seventeenth Defense

Asana has admitted that any and all obligations on the part of BCBSOK relating to the reimbursement requests at issue in Asana's Counterclaims derive from the applicable health Plans. As such, Asana's claims are barred by the economic loss or gist of the action doctrine.

### Eighteenth Defense

Asana's claims are barred by Asana's own admissions.

### Nineteenth Defense

The acts and/or omissions of other individuals may have constituted an intervening, superseding cause of damages alleged to have been sustained by Asana.

### Twentieth Defense

The Counterclaims are barred by the doctrine of accord and satisfaction.

### Twenty-First Defense

The Counterclaims are barred by the doctrine of unclean hands.

### Twenty-Second Defense

To the extent BCBSOK made payments on any of the at-issue claims for reimbursement, all claims for reimbursement submitted by Asana to BCBSOK were processed and paid correctly.

### Twenty-Third Defense

Asana Counterclaims and alleged damages are barred or limited by the doctrines of setoff, offset, and/or recoupment, including for any amounts overpaid by BCBSOK.

### Twenty-Fourth Defense

Asana has failed to meet all conditions precedent for pursuing a legal action and claiming any entitlement to benefits under the applicable health Plans.

### Twenty-Fifth Defense

The Counterclaims are barred to the extent that Asana failed to join and name a required party or required parties.

### Twenty-Sixth Defense

BCBSOK did not breach any duty or obligation of any kind whether arising from common law, statute, contract, or elsewhere.

### Twenty-Seventh Defense

BCBSOK did not promise, guarantee, assure, or do anything of the like with respect to any reimbursement request or otherwise commit to a payment for the services at issue in the Counterclaims, including in the VOB calls or pre-authorizations referenced in the Counterclaims.

### Twenty-Eighth Defense

BCBSOK and Asana never entered into or formed a contract or agreement related to the services at issue in the Counterclaims, and BCBSOK never made a promise to or induced Asana to act.

### Twenty-Ninth Defense

Asana has failed to allege facts plausibly showing that BCBSOK is liable for the claims set forth in the Counterclaims.

### Thirtieth Defense

To the extent not covered by the preceding paragraphs and/or defenses, BCBSOK denies all factual assertions and claims for liability, and BCBSOK demands strict proof of each element of Plaintiff's claims.

### Thirty-First Defense

There is no subject matter or personal jurisdiction over BCBSOK as it relates to the causes of action in the Counterclaims.

### Reservation of Rights

BCBSOK reserves the right to add any additional defenses.

Dated: September 30, 2025          STRADLEY RONON STEVENS & YOUNG, LLP

*s/ Benjamin H. McCoy*
Benjamin H. McCoy (*pro hac vice*)
bmccoy@stradley.com
Jordann R. Conaboy (*pro hac vice*)
jconaboy@stradley.com
Ethan Scapellati
escapellati@stradley.com (SB#315715)

*Attorneys for Plaintiff*
*Blue Cross and Blue Shield Of Oklahoma*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on September 30, 2025, I caused service of the foregoing document on all counsel of record through the Court's electronic filing system.

*/s/ Benjamin McCoy*

Benjamin McCoy