# EXHIBIT 9

# Stradley Ronon

**Stradley Ronon Stevens & Young, LLP**
2005 Market Street
Suite 2600
Philadelphia, PA 19103
T: 215.564.8000
stradley.com

---

**DATE:**

**CLIENT:**     194121-0002

**FILE NO:**    947134560_09.06.2023_7275719258945953028

| | |
|---|---|
| Lauren | Thank you for calling Blue Cross Blue Shield. My name is Lauren and I'll be your behavioral health advocate today. How may I assist you? |
| Makayla M. | Just trying to set up a couple patients for subacute detox authorization. |
| Lauren | Got you, no problem. What's your first name, ma'am? |
| Makayla M. | Makayla, M-A-K-A-Y-L-A, last initial M as in Mary. |
| Lauren | Gotcha, ma'am and then you said inpatient detox, correct? |
| Makayla M. | Yeah, 3.7. 3.7 |
| Lauren | perfect. And then let me make sure the correct NPI auto-populated of 102-395-145, is that correct? |
| Makayla M. | Yes. |
| Lauren | Yes, ma'am. Let me just get this verified over here really quick. And then are you guys in network with your local? |
| Makayla M. | Yes. |
| Lauren | And can you verify the member ID for me, please? |
| Makayla M. | ID is 947-154-479. |
| Lauren | And the first and last name and date of birth of the patient? |
| Makayla M. | ▮▮▮▮▮▮▮, 815 of 80. |
| Lauren | And then do you have that diagnostic code handy? |

| | |
|---|---|
| Makayla M. | That's 10.20. |
| Lauren | Okay, perfect. |
| Makayla M. | All right. Well, the first thing I need to do is check the policy to make sure that diagnostic code is not excluded. But when I have those benefits pulled, are you needing those as well today or just that pre-auth? |
| Lauren | Just the pre-auth. |
| Makayla M. | Yes, ma'am. Then I'll just keep you up to date as I go. And then when I start on that pre-authorization, that's when I'll start asking additional questions. |
| Lauren | Okay, no problem. |
| Makayla M. | Yes, ma'am. Thank you. |
| Lauren | Okay, that's all done. Let me launch that system to start on that pre-auth. |
| Makayla M. | No problem. And I actually think I have three altogether. |
| Lauren | Okay, gotcha. No problem. |
| Makayla M. | And then, Mikayla, what's the callback number? |
| Lauren | 816-719-9304. |
| Makayla M. | Okay, perfect. Let me just save this over here really quick. |
| Lauren | And then let me make sure the government NPR register has the correct address for the facility. It has 3073 Madison Avenue, Costa Mesa, California, 92626. |
| Makayla M. | Uh-huh. |
| Lauren | Yes, ma'am. Just add this into our system really quick, 92626. And then do you have the NPI for the attending provider? |
| Makayla M. | NPI is going to be 1740546209. |
| Lauren | And that's Dr. Christian Small? |
| Makayla M. | Yes, uh-huh. |

| | |
|---|---|
| Lauren | Yes, ma'am. Should I use the same address as the facility for him? |
| Makayla M. | Yes. |
| Lauren | Yes, ma'am. Let me just get him in here. Okay. And I'm assuming he's also in network with his local? |
| Makayla M. | Correct. |
| Lauren | Yes, ma'am. And then what date did the patient admit? |
| Makayla M. | Yesterday. |
| Lauren | And how many units are you requesting? |
| Makayla M. | Just seven. |
| Lauren | All right. Let me just get a better template and put some data and we'll be very close to the end. |
| Makayla M. | Sounds good. |
| Lauren | And then do you know who the UR contact is going to be? |
| Makayla M. | That's going to, well, I'm going to take it when they call the first time. |
| Lauren | Right. But for the concurrent reviews? |
| Makayla M. | That's going to be ███ and her phone number is ████████. |
| Lauren | Okay, perfect. Let me just review a few items with you to make sure I have them correct and then I'll be able to give you the request ID for this one. But I have that pre-authorization set up for ████████ for detox ACM level 3.7. We have the diagnostic code is F10.20. The admin date was yesterday, September 5th. We're requesting seven days. And then the attending provider is Dr. Christian Small. |
| Makayla M. | Yes |
| Lauren | So the request ID for this one is going to start off with the letter U and then the numbers 2, 3, 2, 4, 9. And then the letter A is an apple, H is in Harry, J is in Jack, and then U is an umbrella. And then let me get this sent on over. And as soon as a clinician gets assigned to this case, then they'll be reaching out for those initial clinicals. |
| Makayla M. | No problem. Thank you. |

| Lauren | Yes, ma'am. And do you need a call reference number before we move on to the next one or is the pending off number suffice? |
| --- | --- |
| Makayla M. | No, the pending off is fine. |
| Lauren | Let me get on over here. And same NPI for the next member? |
| Makayla M. | The NPI is going to be 1538782198. It's just at a different location. |
| Lauren | Okay, gotcha. And then that new member ID, please? |
| Makayla M. | Member ID is going to be 947134560. |
| Lauren | And then the first and last name and date of birth of the patient? |
| Makayla M. | ▇▇▇▇▇▇▇▇ and date of birth is 4-5-80. |
| Lauren | Yes, ma'am. And is it the same diagnostic code? |
| Makayla M. | Yes. |
| Lauren | It is? Okay. Yes, ma'am. All right. Well, you already know the drill. Just give me a few minutes just to double check that policy. And then as soon as I get that PRE-OFF pulled up, that's when I'll start asking additional questions. |
| Makayla M. | No problem. |
| Lauren | Yes, ma'am. Thank you. And then let me make sure we have the correct address for this facility or this location more so. But it's going to be 3062 Johnson Avenue, Costa Mesa, California, 92626. |
| Makayla M. | Correct. |
| Lauren | Yes, ma'am. And before I get cocky, we're still doing ASAM 3.7, correct? |
| Makayla M. | Yes. |
| Lauren | Yes, ma'am. Is Dr. Christian Small going to be the attending provider? |
| Makayla M. | Yes. |
| Lauren | Okay. Yes, ma'am. Let me just get him added in here. Okay. Did they admit yesterday as well? |

- 4 -

| | |
|---|---|
| Makayla M. | Yes. |
| Lauren | Yes. Seven units? |
| Makayla M. | Seven. Yes. |
| Lauren | And we're getting very close to the end. I just need to fill out that template. |
| Makayla M. | No problem. |
| Lauren | Is ███ going to be the ongoing UR contact after the initials? |
| Makayla M. | Yes, correct. |
| Lauren | What's your phone number one more time? |
| Makayla M. | That is, let's see, ██████ . |
| Lauren | Okay, perfect. Let me just save this over here for future reference. Okay, perfect. Let me just review a few items to make sure I have them correct. But I have that pre-authorization set up for ███████ ███ for detox ACM level 3.7. We have the diagnostic code as F10.20, the admin date as of yesterday, which is September 5th, we're requesting seven days, and then the attending provider is Dr. Christian Small. And I put the same address as the facility, the 3062 Joshua Avenue for Christian. |
| Makayla M. | Okay, yep, perfect. |
| Lauren | Okay, perfect. And then that request ID is going to start off with the letter U, then the numbers 2, 3, 2, 4, 9, and the letter A as in apple, I as in igloo, K as in king, and then A as in apple. And let me get this sent on over. |
| Makayla M. | Yeah, the next one is the exact same facility, everything remains the same. |
| Lauren | Okay, gotcha. |
| Makayla M. | Get on over here. And then I am ready for that new member ID. |
| Lauren | 947-154-8930. |
| Makayla M. | First and last name and date of birth of the patient? |

| | |
|---|---|
| Lauren | This is for ███████, 93079. |
| Makayla M. | Still F10.20? |
| Lauren | Yes. |
| Makayla M. | Okay, perfect. |
| Lauren | All right, well, we're probably going to go a little bit longer without speaking since I have majority of the information, but as soon as something comes up, that's when I'll ask some questions. |
| Makayla M. | No problem. |
| Lauren | Yes, ma'am. Sorry I would've been halfway done but my system refreshed so I had to start over [illegible] yes ma'am. And they admitted yesterday as well? |
| Makayla M. | Yes. |
| Lauren | ████ going to be your contact? |
| Makayla M. | Yes. |
| Lauren | Ok perfect let me just review a few items with you to make sure I have them correct and I will be able to give you that request ID but I have that pre authorization set up for ████████ for detox ACM level 3.7 and the diagnostic code is S10.20 admit date yesterday of September 5th requesting 7 days and the attending providers Dr. Christian Small. |
| Makayla M. | Uh huh |
| Lauren | So the request ID for this one is going to start off with the letter U and the numbers 2-3-2-4-9 and then the letter A as in Apple J as in John N as in Nancy and then O as in Oscar and let me send this on over. All right perfect were all good to go. |
| Makayla M. | Alright thank you so much for your help. |
| Lauren | Absolutely no problem you have a great rest of your day ma'am. |
| Makayla M. | Alright you too thank you. |
| Lauren | Yes Ma'am you too bye-bye! |