STEVEN J. COLOGNE (Bar No. 118534)
scologne@higgslaw.com
KYLE W. NAGEOTTE (Bar No. 285599)
nageottek@higgslaw.com
JAKE D. SESTI (Bar No. 339005)
sestij@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Defendant CHRISTIAN SMALL. M.D.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>   Plaintiff,<br><br>  v.<br><br>ASANA RECOVERY, INC., BEACHFRONT SOBER LIVING, INC., ASANA BUY SELL LLC, MARK SHANDROW, ADAM SHANDROW, JONATHAN HAGEN, CHRISTIAN SMALL, M.D., JOHN DOES 1-50, AND ABC CORPS, 1-50,<br><br>   Defendants. | Case No. 25-cv-00735-DOC-DFM<br><br>**DECLARATION OF JAKE D. SESTI IN SUPPORT OF DEFENDANT CHRISTIAN SMALL, M.D.'S REPLY TO DEFENDANT ASANA RECOVERY, INC.'S OPPOSITION TO DR. SMALL'S MOTION FOR LEAVE TO FILE CROSSCLAIM**<br><br>Date: April 13, 2026<br>Time: 8:30 a.m.<br>Dept: 10 A 10th Floor<br>Judge:  David O. Carter<br>Trial Date: November 3, 2026 |

I, Jake D. Sesti, declare as follows:

1.      I am an associate at Higgs Fletcher & Mack LLP, attorneys of record for Defendant Christian Small, M.D. ("Dr. Small").  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.

2.      In response to Dr. Small's requests for production, Plaintiff produced approximately 22,941 pages of documents in December 2025.  Plaintiff then produced another set of approximately 9,538 pages of documents in mid-January 2026, for a total of 32,480 pages of documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on March 30, 2026, at San Diego, California.

_____
Jake D. Sesti

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13560661.1

2

SESTI DECLARATION ISO REPLY ON MOTION FOR LEAVE TO FILE CROSSCLAIM