# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKALAHOMA,<br><br>Plaintiff(s)<br><br>v.<br><br>ASANA RECOVERY, INC., et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:25-CV-00735 DOC (DFMx)<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Douglas F. McCormick. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☒ Telephonic

Magistrate Judge   Douglas F. McCormick

Date/Time   April 8, 2026, at 9:30 am

Courtroom:   Telephonic

Dated:   April 2, 2026              By:          Nancy Boehme
                                              Deputy Clerk