STEVEN J. COLOGNE (Bar No. 118534)
scologne@higgslaw.com
KYLE W. NAGEOTTE (Bar No. 285599)
nageottek@higgslaw.com
JAKE D. SESTI (Bar No. 339005)
sestij@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, California 92101-7910
Telephone:   (619) 236-1551
Facsimile:   (619) 696-1410

Attorneys for Defendant and Cross-
Claimant CHRISTIAN SMALL. M.D.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>Plaintiff,<br><br>v.<br><br>ASANA RECOVERY, INC., BEACHFRONT SOBER LIVING, INC., ASANA BUY SELL LLC, MARK SHANDROW, ADAM SHANDROW, JONATHAN HAGEN, CHRISTIAN SMALL, M.D., JOHN DOES 1-50, AND ABC CORPS, 1-50,<br><br>Defendants.<br><br>CHRISTIAN SMALL, M.D.,<br><br>Cross-Claimant,<br><br>v. | Case No. 25-cv-00735-DOC-DFM<br><br>**CHRISTIAN SMALL, M.D.'S CROSSCLAIM AGAINST ASANA RECOVERY, INC. FOR:**<br><br>**(1) EXPRESS INDEMNIFICATION**<br><br>**(2) BREACH OF CONTRACT**<br><br>**(3) DECLARATORY RELIEF**<br><br>JUDGE:  DAVID O. CARTER<br><br>TRIAL DATE:      November 3, 2026 |

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13517930.2                                      1                    Case No. 25-cv-00735-DOC-DFM
CHRISTIAN SMALL, M.D.'S CROSSCLAIM AGAINST ASANA

ASANA RECOVERY, INC.,

      Cross-Defendant.

Defendant and Cross-Claimant, Christian Small, M.D. dba Headlands Addiction Treatment Services ("Dr. Small") hereby brings this Crossclaim against Defendant and Cross-Defendant Asana Recovery, Inc. ("Asana").

## CROSSCLAIM

Pursuant to Rule 13(g) of the Federal Rules of Civil Procedure, Dr. Small alleges as follows:

## PARTIES

1. Dr. Small is a licensed M.D. dba Headlands Addiction Treatment Services ("Headlands"). Dr. Small performs medical services to individuals in California, and Headlands provides medical director services to various behavioral health and addiction treatment centers.

2. Asana is a California corporation with its principal place of business at 1730 Pomona Avenue, Suite 3, Costa Mesa, California 92627. Asana is an adult residential alcohol and drug program that is licensed by the California Department of Health Services and permitted to provide detoxification, incidental medical services, and recovery and treatment services to individuals.

3. Asana is owned and operated by Defendants Mark and Adam Shandrow, who Dr. Small alleges are California residents.

4. Plaintiff Blue Cross and Blue Shield of Oklahoma ("Plaintiff") alleges in its Complaint in the main action that it is an unincorporated division of Health Care Service Corporation, an Illinois mutual legal reserve corporation with its principal place of business in Illinois.

/ / /

Higgs Fletcher & Mack LLP
Attorneys at Law
San Diego

13517930.2

2

Case No. 25-cv-00735-DOC-DFM
CHRISTIAN SMALL, M.D.'S CROSSCLAIM AGAINST ASANA

## JURISDICTION AND VENUE

5.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. section 1367 and Rules 13 and 14 of the Federal Rules of Civil Procedure because the claims herein are related to the claims in Plaintiff's Complaint in the main action and Asana's counterclaim against Plaintiff such that they form part of the same case or controversy under Article III of the United States Constitution.

6.    This Court has personal jurisdiction over Asana because it conducts business in this judicial district, and because Asana has appeared in the main action.

7.    Venue is proper in this judicial district because the main action is pending in this venue.

## FACTS COMMON TO ALL CLAIMS

8.    Dr. Small is board certified in psychiatry, family medicine, and addiction medicine.  Dr. Small dba Headlands employs or has otherwise retained a staff of professional licensed physicians and advanced practice providers who are duly licensed in their respective professions in the State of California, and who are qualified by training and experience to render professional services to patients.

9.    In or around September 2021, Dr. Small dba Headlands entered into an Agreement for Professional and Medical Director Services with Asana ("Agreement").  The Agreement provides that Headlands will provide professional and advanced practice provider services to Asana, including physician supervision of services provided by the advanced practice providers.

10.    Pursuant to the Agreement, Asana is required to provide licensed nursing staff, including registered nurses or licensed vocational nurses and other allied health professionals, as necessary to allow Headlands' medical services to be provided at Asana.

11.    The Agreement also provides that Asana shall be responsible for billing and collection with respect to Headlands' medical services rendered to patients.

/ / /

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13517930.2

3

Case No. 25-cv-00735-DOC-DFM

CHRISTIAN SMALL, M.D.'S CROSSCLAIM AGAINST ASANA

12. The Agreement further provides that Asana shall indemnify, defend, and hold harmless Dr. Small dba Headlands against: (i) any and all liability arising out of Asana's failure to comply with the terms of the Agreement, and any injury, loss, claims, or damages arising from the negligent operations, acts, or omissions or willful misconduct relating to or arising out of their obligations or services provided under this Agreement; and (ii) any and all costs and expenses, including reasonable legal expenses, incurred by or on behalf of Dr. Small dba Headlands in connection with the defense of such claims.

13. On or about April 10, 2025, Plaintiff filed its Complaint in the main action against Dr. Small, Asana, Mark and Adam Shandrow, and other defendants for fraud, negligent misrepresentation, intentional interference with contract, aiding and abetting tortious conduct, violation of California Business and Professions Code, and other equitable claims. In essence, Plaintiff alleges that Asana engaged in a fraudulent scheme to broker patients to Asana, provide minimal to no medical services, and fraudulently bill Plaintiff for insurance claims.

14. Dr. Small denies Plaintiff's allegations and alleges he and Headlands have fully complied with the Agreement and all medical director duties under the Agreement and pursuant to all applicable laws and statutes.

15. As a result of the Complaint, Dr. Small dba Headlands has suffered harm in the form of reputational damage, lost opportunities, and other monetary damages including attorneys' fees and costs in defending this action.

16. Pursuant to the terms of the Agreement, Asana promised to defend, indemnify, and hold harmless Dr. Small dba Headlands from and against all losses, damages, injuries, of whatever form or nature, including reasonable attorneys' fees and other costs of legal defense that Dr. Small may sustain or incur as a result of any of the acts or omissions of Asana.

17. Recently through litigation, Dr. Small discovered that Asana has been billing BCBSOK by listing Dr. Small's National Provider Identifier ("NPI") on

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

claim forms and listing Dr. Small as the attending physician for all services Asana billed insurance for. Dr. Small alleges Asana may have breached various terms of the Agreement through these billing practices.

## FIRST CAUSE OF ACTION

### Express Indemnification

### (Against Asana)

18.     Dr. Small refers to an incorporates by reference the above allegations as though fully set forth herein.

19.     The Agreement between Asana and Dr. Small dba Headlands is a valid and enforceable contract.

20.     Dr. Small dba Headlands has satisfied all of their obligations under the Agreement.

21.     Pursuant to the Agreement, Asana promised to indemnify, defend, and hold harmless Dr. Small dba Headlands against: (i) any and all liability arising out of Asana's failure to comply with the terms of the Agreement, and any injury, loss, claims, or damages arising from the negligent operations, acts, or omissions or willful misconduct relating to or arising out of their obligations or services provided under this Agreement; and (ii) any and all costs and expenses, including reasonable legal expenses, incurred by or on behalf of Dr. Small dba Headlands in connection with the defense of such claims.

22.     Plaintiff asserts in its Complaint in the main action allegations against Asana that may qualify as breaches of Asana's Agreement with Dr. Small. Plaintiff asserts that Asana paid kickbacks to body brokers to direct Plaintiff's members to Asana, paid current patients for leads for new patients, targeted patients with false sales pitches, and paid patients to provide positive reviews of Asana. Plaintiff then alleges that while enrolled at Asana, Asana provided minimal to non-existent treatment to patients.

/ / /

Higgs Fletcher &
Mack LLP
Attorneys at Law
San Diego

13517930.2                                   5                    Case No. 25-cv-00735-DOC-DFM
CHRISTIAN SMALL, M.D.'S CROSSCLAIM AGAINST ASANA

23. As a result of the Complaint, Dr. Small dba Headlands has suffered harm in the form of reputational damage, lost opportunities, and other monetary damages including attorneys' fees and costs in defending this action.

24. While Dr. Small denies the allegations in Plaintiff's Complaint, pursuant to the terms of the Agreement, Asana now has an obligation to indemnify, defend, and hold harmless Dr. Small dba Headlands from the claims asserted by Plaintiff against Dr. Small in the main action.

25. Dr. Small has demanded, and herein demands again, that Asana indemnify, defend, and hold harmless Dr. Small from the claims asserted by Plaintiff in the main action. Asana refuses.

26. Based on the foregoing, Dr. Small dba Headlands requests the Court to order Asana to indemnify, defend, and hold harmless Dr. Small from the claims asserted by Plaintiff in the main action.

## SECOND CLAIM

### Breach of Contract

### (Against Asana)

27. Dr. Small refers to an incorporates by reference the above allegations as though fully set forth herein.

28. Dr. Small has satisfied all of his obligations under the Agreement.

29. Pursuant to the Agreement, among many other terms, Asana is responsible for billing and collection with respect to Headlands' services rendered to patients at Asana.

30. The Agreement further provides that Asana shall indemnify, defend, and hold harmless Dr. Small dba Headlands against: (i) any and all liability arising out of Asana's failure to comply with the terms of the Agreement, and any injury, loss, claims, or damages arising from the negligent operations, acts, or omissions or willful misconduct relating to or arising out of their obligations or services provided under this Agreement; and (ii) any and all costs and expenses, including reasonable

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13517930.2

6

Case No. 25-cv-00735-DOC-DFM

CHRISTIAN SMALL, M.D.'S CROSSCLAIM AGAINST ASANA

legal expenses, incurred by or on behalf of Dr. Small dba Headlands in connection with the defense of such claims.

31.     On or about April 10, 2025, Plaintiff filed its Complaint in the main action against Dr. Small, Asana, Mark and Adam Shandrow, and other defendants for fraud, negligent misrepresentation, intentional interference with contract, aiding and abetting tortious conduct, violation of California Business and Professions Code, and other equitable claims.  In essence, Plaintiff alleges that all Defendants engaged in a fraudulent scheme to broker patients to Asana, provide minimal to nom-existent medical services, and fraudulently bill Plaintiff for insurance claims.

32.     Further, Plaintiff alleges that the claim forms submitted and prepared by Asana and sent to Plaintiff for payment were inaccurate and fraudulent.

33.     Dr. Small denies Plaintiff's allegations and alleges full compliance with the Agreement and Headlands' medical director duties under the Agreement and pursuant to all applicable laws and statutes.

34.     As a result of the Complaint, Dr. Small dba Headlands has suffered harm in the form of reputational damage, lost opportunities, and other monetary damages including attorneys' fees and costs in defending this action.

35.     However, if some portion of Plaintiff's allegations are true, which Dr. Small denies knowledge of despite complying with the Agreement and acting as a reasonably prudent medical director would under the same or similar circumstances, then Dr. Small dba Headlands incurred damages as a result of Asana's breaches in an amount to be proven at the time of trial.

36.     Recently through litigation, Dr. Small discovered that Asana has been billing BCBSOK by listing Dr. Small's National Provider Identifier ("NPI") on claim forms and listing Dr. Small as the attending physician for all services Asana billed insurance for.  Dr. Small alleges Asana may have breached various terms of the Agreement through these billing practices.

/ / /

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

13517930.2                                                          7                          Case No. 25-cv-00735-DOC-DFM
CHRISTIAN SMALL, M.D.'S CROSSCLAIM AGAINST ASANA

## THIRD CAUSE OF ACTION

### Declaratory Relief

### (Against Asana)

37.    Dr. Small refers to an incorporates by reference the above allegations as though fully set forth herein.

38.    There exists an actual controversy within the jurisdiction of this Court involving judicial questions, and Dr. Small requests a declaration as to his rights against Asana as follows: Dr. Small dba Headlands asserts that Asana is required to defend and indemnify Dr. Small against any and all losses incurred as a result of Plaintiff's Complaint in the main action, including defending and indemnifying Dr. Small against expenses and liabilities incurred as a result of the instant lawsuit.

39.    Dr. Small is informed and believes that Asana rejects its indemnification obligations under the Agreement.

40.    As a result, a declaration by this Court is necessary to resolve the disputes and to confirm the respective rights and obligations of the parties under the Agreement.

## PRAYER FOR RELIEF

Dr. Small dba Headlands prays for relief against Asana as follows:

1.    For compensatory and consequential damages, according to proof on each claim for which such damages are available;

2.    For damages in the amount of any judgment that Plaintiff may obtain against Dr. Small;

3.    That Dr. Small be awarded costs of suit and attorneys' fees where provided by law and pursuant to the Agreement, incurred in this action; and

4.    For such other and further relief as may be deemed just and appropriate.

/ / /

/ / /

## JURY DEMAND

Dr. Small demands a jury trial of all issues so triable.


Dated:  April 7, 2026                    HIGGS FLETCHER & MACK LLP



By: _____*/s/ Steven J. Cologne*_____
STEVEN J. COLOGNE
KYLE W. NAGEOTTE
JAKE D. SESTI
Attorneys for Defendant and Cross-Claimant CHRISTIAN SMALL. M.D.