## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA | CASE NUMBER |
| PLAINTIFF(S) | 8:25−cv−00735−DOC−DFM |
| v. | |
| ASANA RECOVERY, INC., et al. | |
| DEFENDANT(S). | **MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Douglas F. McCormick. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

<u>X Hearing Required</u>

<u>X Telephonic</u>

Magistratet Judge: <u>Douglas F. McCormick</u>

Date/Time:      <u>May 6, 2026 at  10:00 AM</u>

Courtroom:      <u>6B</u>

<u> April 30, 2026 </u>
Date

By  <u> /s/ *Nancy Boehme* </u>
Deputy Clerk

CV−19 (11/21)          MOTION RE: INFORMAL DISCOVERY DISPUTE