# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company,<br><br>   Plaintiff,<br><br>  v.<br><br>ASANA RECOVERY, INC., et al.,<br><br>   Defendants. | Case No.: 8:25-cv-00735-DOC-DFM<br><br>Hon. David O. Carter<br><br>**ORDER ENTERING CONSENT JUDGMENT [89]** |

Before the Court is a Joint Stipulation for a Consent Judgment of Plaintiff Blue Cross and Blue Shield of Oklahoma, a division of Health Care Service Corporation ("BCBSOK") and Defendants Asana Recovery, Inc., Beachfront Sober Living, Inc., Asana Buy Sell LLC, Mark Shandrow, Adam Shandrow, and Jonathan Hagen ("Asana Defendants," and together with BCBSOK, the "Parties"). NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1.  Judgment is entered against Asana Defendants in the amount of $7,500,000.00, plus post-judgment interest at the rate of 5% per annum, along with costs;

2.  Asana Defendants, and any provider that each or any of them has any financial interest in, or otherwise own, operate, or control are hereby enjoined from submitting claims to BCBSOK and any other affiliate, customer, or member of Health Care Service Corporation.

3.  Judgment is hereby rendered in BCBSOK's favor on Asana Defendants' counterclaims. Asana Defendants' counterclaims are therefore dismissed with prejudice.

The remaining Defendant in this suit is not part of this Judgment and BCBSOK's claims against that Defendant will proceed pursuant to the current scheduling order. The Clerk of Court shall enter judgment against Asana Recovery, Inc., Beachfront Sober Living, Inc., Asana Buy Sell LLC, Mark Shandrow, Adam Shandrow, and Jonathan Hagen.

**IT IS SO ORDERED.**

DATE: June 16, 2026

*David O. Carter*
_____
Hon. David O. Carter
United States District Judge

- 2 -
CONSENT JUDGMENT