**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a division of HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Company,<br><br>Plaintiff,<br><br>v.<br><br>ASANA RECOVERY, INC., BEACHFRONT SOBER LIVING, INC., ASANA BUY SELL LLC, MARK SHANDROW, ADAM SHANDROW, JONATHAN HAGEN, CHRISTIAN SMALL, M.D., JOHN DOES 1-50, AND ABC CORPS. 1-50,<br><br>Defendants. | Case No.: 8:25-cv-00735-DOC-DFM<br><br>**ORDER GRANTING ASANA DEFENDANTS' MOTION FOR GOOD-FAITH SETTLEMENT DETERMINATION [86]**<br><br>[Notice of Motion, Motion, and Declaration of Chesley S. McLeod filed concurrently herewith]<br><br>Judge: Hon. David O. Carter |

ORDER GRANTING ASANA DEFENDANTS' MOTION FOR GOOD-FAITH
SETTLEMENT DETERMINATION

On August 10, 2026, the Motion for Good-Faith Settlement Determination filed by Defendants Asana Recovery, Inc.; Beachfront Sober Living, Inc.; Asana Buy Sell LLC; Mark Shandrow; Adam Shandrow; and Jonathon Hagen (collectively, the "Asana Defendants") came on for hearing before this Court. Having considered the pleadings, the papers filed in support of and in opposition to the Motion, oral argument of counsel, and good cause appearing, the Court hereby ORDERS as follows:

1.   The settlement between the Asana Defendants and Plaintiff Blue Cross Blue Shield of Oklahoma, a division of Health Care Service Corporation, a Mutual Legal Reserve Company ("Plaintiff") was made in good faith and in accordance with California Civil Procedure Code Sections 877 and 877.6. The settlement satisfies the relevant factors for a good-faith settlement articulated by the California Supreme Court in *Tech-Bilt, Inc. v. Woodward Clyde & Associates*, 38 Cal. 3d 488 (1985).

2.   As mandated by California Civil Procedure Code Sections 877 and 877.6 for good-faith settlements, any claim against the Asana Defendants by any other joint tortfeasor or co-obligor with notice of the settlement is barred, including claims for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault.

3. Pursuant to the Stipulation (ECF 100) and Court Order (ECF 101), California Code of Civil Procedure Code Sections 877 and 877.6 do not apply to Dr. Small's cross-claims against Asana Recovery, Inc. and nothing in this Order affects the pending F.R.C.P. 12(b)(6) Motion to Dismiss brought by Asana Recovery, Inc. against Dr. Small's cross-claims.

IT IS SO ORDERED.

Dated: July 23, 2026

_____
Hon. David O. Carter
United States District Judge

- 1 -
ORDER GRANTING ASANA DEFENDANTS' MOTION FOR GOOD-FAITH
SETTLEMENT DETERMINATION