DAVID D. PIPER (CASB No. 179889)
DPiper@Stradley.com
STRADLEY RONON STEVENS & YOUNG, LLP
1 World Trade Center, Suite 2575
Long Beach, CA 90831
Telephone: (562) 366-1653
Facsimile: (562) 366-1646

BENJAMIN H. MCCOY (Pro Hac Vice)
BMcCoy@Stradley.com
JORDANN R. CONABOY (Pro Hac Vice)
JConaboy@Stradley.com
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8108
Facsimile: (215) 564-8120

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company,

Plaintiff,

v.

ASANA RECOVERY, INC., et al.,

Defendants.

Case No.: 8:25-cv-00735-DOC-DFM

**DECLARATION OF JORDANN R. CONABOY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**[CERTAIN EXHIBITS REDACTED]**

Hearing Date: September 28, 2026
Time: 8:30 a.m.
Place: Courtroom 10A
Judge: Hon. David O. Carter

I, Jordann R. Conaboy, declare and state as follows:

1. I am an attorney admitted pro hac vice for the above-captioned matter. I am a partner with the law firm Stradley Ronon Stevens & Young, LLP, counsel of record for Plaintiff. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment. Pursuant to an agreement with defense counsel, some exhibits to this declaration have been redacted to exclude patient names and certain other information.

2. Attached as **Exhibit A** is a true and correct copy of portions of the rough draft transcript of Mark Shandrow's deposition, taken on August 19, 2026.

3. Attached as **Exhibit B** is a true and correct copy of portions of the rough draft transcript of Dr. Itai Danovitch's deposition, taken on August 20, 2026.

4. Attached as **Exhibit C** is a true and correct copy of portions of the transcript of Dr. Christian Small's deposition, taken on August 13 and 14, 2026.

5. Attached as **Exhibit D** is a true and correct copy of portions of the rough draft transcript of Jonathan Hagen's deposition, taken on August 17, 2026.

6. Attached as **Exhibit E** is a true and correct copy of portions of the expert report of Josh Johnston dated June 29, 2026.

7. Attached as **Exhibit F** is a true and correct copy of portions of the supplemental expert report of Josh Johnston dated August 12, 2026.

8. Attached as **Exhibit G** is a true and correct copy of portions of the rough draft transcript of Dr. Mario San Bartolome's deposition, taken on August 20, 2026.

9. Several exhibits produced in discovery are large spreadsheets and other materials that are not capable of being filed on the docket. BCBSOK will contact the Court's Chambers to provide electronic copies of those materials, including the following, as **Exhibit H**:

a. **Exhibit H(a)**: **SMALL520216** (Dr. Small spreadsheet with select patient logs for certain months)

b. **Exhibit H(b)**: SMALL134179 (Headlands employee and contractor census)

c. **Exhibit H(c)**: ASANA_0235849 (Asana general ledger for August 16, 2020 to December 31, 2022)

10. Attached as **Exhibit I** is a true and correct copy of portions of the transcript of Dr. Jennifer Brewer's deposition, taken on August 10, 2026.

11. Attached as **Exhibit J** is a true and correct copy of a May 16, 2023 email that Dr. Small produced with bates number SMALL155335. Portions of the email are redacted because Dr. Small designated the email as confidential.

12. Attached as **Exhibit K** is a true and correct copy of portions of the expert report of Josh Johnston dated August 19, 2026.

13. Attached as **Exhibit L** is a true and correct copy of a redacted version of a document that Asana produced with bates numbers ASANA_0026424-0026427. The document is titled "F-2 Patient Responsibility/Power of Attorney for ERISA and Other Claims/Authorized Representative Status/Assignment of Benefits/Authorization to Release Medical Records."

14. Attached as **Exhibit M** is a true and correct copy of a document produced by Asana with bates number ASANA_0058992. The document is signed by Dr. Small and titled "Health Care Practitioner Incidental Medical Services Acknowledgement."

15. Attached as **Exhibit N** is a true and correct copy of portions of the report of Dr. Itai Danovitch dated June 29, 2026.

16. Attached as **Exhibit O** is a true and correct copy of portions of the rebuttal report of Dr. Itai Danovitch dated July 31, 2026.

17. Attached as **Exhibit P** is a true and correct copy of the expert rebuttal report of Dr. Mario San Bartolome dated July 31, 2026.

18. Attached as **Exhibit Q** is a true and correct copy of portions of the rough draft transcript of Brandon Meister's deposition, taken on August 18, 2026.

19. Attached as **<u>Exhibit R</u>** is a true and correct copy of a letter BCBSOK sent Dr. Small on June 6, 2022. BCBSOK produced the document with bates number BCBSOK0066229-BCBSOK0066270. This is just one example of the type of letter that BCBSOK regularly sent Dr. Small.

20. The image below is a true and accurate image of Dr. Small's alleged signature on a medical record beginning with bates number ASANA_0005159, and the same signature appeared across the records for the patients at issue:




21. Attached as **<u>Exhibit S</u>** is a true and correct copy of a portion of the report of Michael Arrigo dated June 29, 2026.

22. Attached as **<u>Exhibit T</u>** is a true and correct copy of portions of the rough draft transcript of Michael Arrigo's deposition, taken on August 26, 2026.

23. Consistent with the Local Rules, BCBSOK's counsel met and conferred with Dr. Small's counsel prior to filing its motion. On August 21, 2026, my colleague Ben McCoy sent Dr. Small's counsel a detailed email with the bases of BCBSOK's motion. The email was intended to provide a preview of the motion in advance of a meet-and-confer conversation. On August 24, 2026, Mr. McCoy and I had such a conversation with Dr. Small's counsel, Kyle Nageotte and Jake Sesti. During the call, Dr. Small's counsel advised us that they disagree with BCBSOK's positions, and both sides' counsel agreed that we had reached an impasse after satisfying the local meet-and-confer requirements.

I declare under penalty of perjury that the foregoing is true and correct based upon my current information, knowledge, and belief.

Signed this 31st day of August, 2026.

*<u>/s/ Jordann R. Conaboy</u>*