DAVID D. PIPER (CASB No. 179889)
DPiper@Stradley.com
STRADLEY RONON STEVENS & YOUNG, LLP
1 World Trade Center, Suite 2575
Long Beach, CA 90831
Telephone: (562) 366-1653
Facsimile: (562) 366-1646

BENJAMIN H. MCCOY *(Pro Hac Vice)*
BMcCoy@Stradley.com
JORDANN R. CONABOY *(Pro Hac Vice)*
JConaboy@Stradley.com
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8108
Facsimile: (215) 564-8120

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD OF OKLAHOMA, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company,<br><br>Plaintiff,<br><br>v.<br><br>ASANA RECOVERY, INC., et al.,<br><br>Defendants. | Case No.: 8:25-cv-00735-DOC-DFM<br><br>Hon. David O. Carter<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER** |

Plaintiff Blue Cross and Blue Shield of Oklahoma ("BCBSOK") and Defendant Christian Small, M.D. ("Dr. Small," and together with BCBSOK, the "Parties") have reached a settlement in principle that resolves all remaining claims asserted by BCBSOK in this matter. Accordingly, BCBSOK respectfully requests that the Court vacate all deadlines applicable to BCBSOK. Dr. Small's crossclaims against the Asana Defendants remain pending.

Dated: October 8, 2026

STRADLEY RONON STEVENS & YOUNG, LLP

*/s/ Benjamin H. McCoy*
Benjamin H. Mccoy *(pro hac vice)*
Jordann R. Conaboy *(pro hac vice)*
David D. Piper
Attorneys for Plaintiff

Dated: October 8, 2026

HIGGS FLETCHER & MACK LLP

*/s/ Kyle W. Nageotte*
Steven J. Cologne
Kyle W. Nageotte
Jake D. Sesti
Attorneys for Defendant and Cross-Claimant Christian R. Small, M.D.

Dated: October 8, 2026

ARNALL GOLDEN GREGORY LLP

/s/ *Chesley C. McLeod*
Chesley C. McLeod
T. Chase Ogletree
Attorneys for Asana Recovery, Inc., Beachfront Sober Living, Inc., Asana Buy Sell LLC, Mark Shandrow, Adam Shandrow, and Jonathan Hagen

**FILER'S ATTESTATION OF CONCURRENCE**

I, Benjamin H. McCoy, attest that I am counsel for Plaintiff. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: October 8, 2026

STRADLEY RONON STEVENS & YOUNG, LLP

*/s/ Benjamin H. McCoy*
Benjamin H. Mccoy *(pro hac vice)*
Jordann R. Conaboy *(pro hac vice)*
David D. Piper
Attorneys for Plaintiff

**[PROPOSED] ORDER**

Having considered the Notice and finding good cause therefor, the court hereby ORDERS:

1. All deadlines applicable to Plaintiff Blue Cross and Blue Shield of Oklahoma ("BCBSOK") are hereby vacated.
2. Defendant Christian Small, M.D.'s crossclaims against the Asana Defendants remain pending.

IT IS SO ORDERED.

DATE: ________________

________________________________
HON. DAVID O. CARTER